**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIE SUTLOVICH,** | : | Electronically filed |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO. 2:24-cv-01739-WSS** |
| **LVNV FUNDING, LLC., and PRESSLER, FELT & WARSHAW, LLP., jointly *and severally*,** | : | **Judge William S. Stickman** |
| **Defendants.** | : | |

## FIRST AMENDED COMPLAINT

AND NOW, comes Plaintiff, Christie Sutlovich, by and through the undersigned counsel, J.P. Ward & Associates, LLC and, specifically, Joshua P. Ward, Esquire, who files the within First Amended Complaint in Civil Action against Defendants, LVNV Funding, LLC, and Pressler, Felt & Warshaw, LLP, of which the following is a statement:

## PARTIES

1. Plaintiff, Christie Sutlovich, is an adult individual who currently resides at 81 Spruce St, Natrona Heights, PA 15065.

2. Defendant, LVNV Funding, LLC, (hereinafter "LVNV Funding"), is a corporation with its principal place of business located at 6801 S. Cimarron Rd., Suite 424-J, Las Vegas, NV 89113.

3. Defendant, Pressler, Felt & Warshaw, LLP, (hereinafter "PFW"), is a corporation with its principal place of business located at 7 Entin Road, Parsippany, NJ, 07054.

## **JURISDICTION AND VENUE**

4. Jurisdiction is proper as Plaintiff brings this lawsuit under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter, the "FDCPA").

5. Venue is proper pursuant to Pursuant to 28 U.S.C. § 1446, as Defendant LVNV Funding removed this action to the Western District of Pennsylvania from the Court of Common Pleas of Allegheny County.

## **FACTUAL ALLEGATIONS**

6. On August 12, 2024, LVNV Funding, by and through PFW, filed a Civil Complaint against Christie Sutlovich in Magisterial District Court at Docket Number: MJ-05205-CV-0000161-2024. A true and correct copy of the Docket is attached hereto, made a part hereof, and marked as Exhibit "A".

7. In response to the aforesaid lawsuit, Christie Sutlovich engaged J.P. Ward & Associates, LLC, for representation.

8. On August 30, 2024, J.P. Ward & Associates, LLC served LVNV Funding's attorneys at PFW with a letter, (hereinafter, the "First Dispute Letter") wherein LVNV Funding was informed of the disputed nature regarding any and all alleged debts that LVNV Funding claimed to own relating to Christie Sutlovich and that Christie Sutlovich was represented by counsel. A true and correct copy of the First Dispute Letter is attached hereto, made a part hereof, and marked as Exhibit "B".

9. This First Dispute Letter specifically stated that Christie Sutlovich "denie[d] owing LVNV FUNDING any amount of money" and informed LVNV Funding that Christie Sutlovich disputed any and all "Debts" LVNV Funding claimed to possess. See Exhibit "B".

10. "Debts" as defined within the First Dispute Letter delineated and included "any related debt(s) and/or credit account(s) your company [LVNV Funding] claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter. See Exhibit "B".

11. Within the First Dispute Letter, J.P. Ward & Associates, LLC demanded "proof of liability, accounting and ownership of these alleged accounts. The proof shall include any agreements and amendments thereto, any other written or signed documents agreed to by my client, as well as a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts." See Exhibit "B".

12. Furthermore, on August 30, 2024, J.P. Ward & Associates, LLC filed an Entry of Appearance and an Intent to Defend on Christie Sutlovich's behalf in Magisterial District Court at Docket Number: MJ-05205-CV-0000161-2024. See Exhibit "A".

**A. Defendants' failure to communicate to the Credit Reporting Agencies that the Plaintiff's debts were disputed.**

13. Following the Intent to Defend, LVNV Funding knew or should have known by and through their attorneys at PFW that Christie Sutlovich disputed the alleged debts. As such, LVNV Funding possessed a duty to reflect the disputed nature of any and all tradelines associated with Christie Sutlovich and to communicate said disputed nature to any and all credit reporting agencies.

14. Following the First Dispute Letter, LVNV Funding knew or should have known by and through their attorneys at PFW that Christie Sutlovich disputed the alleged debts. As such,

LVNV Funding possessed a duty to reflect the disputed nature of any and all tradelines associated with Christie Sutlovich and to communicate said disputed nature to any and all credit reporting agencies.

15. As Christie Sutlovich stopped receiving communications from LVNV Funding, upon information and belief, PFW did in fact relay to LVNV Funding the First Dispute letter, including that Christie Sutlovich was represented by counsel in regard to all accounts that LVNV Funding possessed and that LVNV Funding must cease contact with Christie Sutlovich regarding all accounts pursuant to 15 U.S.C. § 1692c(a)(2).

16. On October 2, 2024, Defendants caused false and inaccurate information about Christie Sutlovich to be furnished to TransUnion as Defendants "updated" tradelines associated with the alleged debt with account number #426498000665**** with an alleged balance of $469.00 and account number #444796241331**** with an alleged balance of $2,067. A true and correct copy of the tradeline is attached hereto, made a part hereof, and marked as Exhibit "C".

17. Defendants reported the abovementioned tradelines as "Pay Status: >In Collection<" and "Remarks: >PLACED FOR COLLECTION<." See Exhibit "C".

18. This furnished information associated with the alleged debt controverted the invalid and unenforceable nature of the alleged debt and purported the alleged debt to be enforceable.

19. Therefore, Defendants falsely represented the character and legal status of the alleged debt in violation of 15 U.S.C. § 1692e(2)(a) of the FDCPA.

20. Upon falsely and inaccurately representing the character and legal status of the alleged debt, Defendants communicated credit information which is known or which should be known to be false in violation of 15 U.S.C. § 1692e(8) of the FDCPA.

21. Furthermore, Defendants failed to report the disputed nature of the tradeline associated with the alleged debt in violation of 15 U.S.C. § 1692e(8) of the FDCPA. See Exhibit "C".

**B. Defendant's failure to disclose the alleged scope of representation constitutes false, deceptive, and misleading representations in connection with the collection of a debt.**

22. PFW entered their appearance in the Magisterial District Court on behalf of LVNV Funding, representing to Christie Sutlovich that PFW represented LVNV Funding.

23. At no relevant time did PFW communicate to Christie Sutlovich or her attorney that PFW's representation of LVNV Funding was allegedly very narrowly limited to the specific LVNV Funding account alleged in the Magistrate proceedings.[1]

24. PFW's actions of misrepresenting the alleged scope of its representation of LVNV Funding to Christie Sutlovich and her attorney constitutes a false, deceptive, and misleading representation in connection with the collection of any debt in violation of 15 U.S.C. § 1692e of the FDCPA.

25. This misrepresentation is particularly harmful to consumers, as a consumer-defendant in an active collection lawsuit is limited to only communicate through the debt collector's attorney, including exercising their consumer right to dispute a debt.

[1] Defendant LVNV Funding denies liability, in part, by stating in the Joint 26(f) Report that "the letter was sent to LVNV's collection counsel, not to LVNV Funding directly. This is significant because the scope of the attorney-client relationship between LVNV Funding and its collection counsel is a limited relationship which, in turn, limits the extent to which collection counsel's knowledge can be imputed to LVNV Funding. Collection counsel only represented LVNV Funding regarding the accounts LVNV Funding placed with them—collection counsel did *not* represent LVNV Funding with regard to every and any account LVNV Funding might own." See ECF no. 9, ¶ 2.

26. As Christie Sutlovich stopped receiving communications from LVNV Funding, upon information and belief, PFW did in fact relay to LVNV Funding that Christie Sutlovich was represented by counsel in regard to all accounts that LVNV Funding possessed and that LVNV Funding must cease contact with Christie Sutlovich regarding all accounts pursuant to 15 U.S.C. § 1692c(a)(2).

## COUNT I
## VIOLATIONS OF THE FDCPA, 15 U.S.C. § 1692, *et seq*.

*Plaintiff v. All Defendants, jointly and severally*

27. Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

28. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. 15 U.S.C. 1692(a).

29. The purpose of the FDCPA is to "eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e).

30. Christie Sutlovich is a "consumer" as defined by § 1692a(3) of the FDCPA.

31. LVNV Funding is a "debt collector" as defined by § 1692a(6) of the FDCPA.

32. PFW is a "debt collector" as defined by § 1692a(6) of the FDCPA.

33. Upon information and belief, the alleged "debt" arises out of an alleged transaction entered into primarily for personal, family, or household purposes. "The term 'debt' means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which

the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment." 15 U.S.C. § 1692a(5).

34. The Third Circuit has held that the FDCPA is to be enforced by private attorney generals. *Weiss v. Regal Collections*, 385 F.3d 337, 345 (3d. Cir. 2004).

35. Section 1692e of the FDCPA provides:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (2) The false representation of – (A) the character, amount, or legal status of any debt; (8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

15 U.S.C. § 1692e of the FDCPA.

36. On August 30, 2024, J.P. Ward & Associates, LLC served LVNV Funding, by and through its counsel PFW, with the First Dispute Letter, communicating the disputed nature of any and all alleged debts that LVNV Funding claimed to own relating to Christie Sutlovich. See Exhibit "B".

37. On August 30, 2024, J.P. Ward & Associates, LLC filed an Entry of Appearance and an Intent to Defend on behalf of Christie Sutlovich in Magisterial District Court at Docket Number: MJ-05205-CV-0000161-2024. See Exhibit "A".

38. Following the First Dispute Letter and/or the Intent to Defend, Defendants knew or should have known that Christie Sutlovich disputed all alleged debts. As such, Defendants possessed a duty to reflect the disputed nature of any and all tradelines associated with Christie Sutlovich and to communicate said disputed nature to any and all credit reporting agencies.

39. On October 2, 2024, Defendants furnished information to TransUnion and reported that the tradelines associated with the alleged, invalid, and unenforceable debt with account number #444796241331**** and an alleged balance of $2,067 was “Pay Status: >In Collection<” and “Remarks: >PLACED FOR COLLECTION<.” See Exhibit “C”.

40. This communication of credit information associated with the alleged debt controverted its invalid, unenforceable nature and thereby constituted a false representation of the character and legal status of the alleged debt in violation of 15 U.S.C. § 1692e(2)(a) of the FDCPA.

41. By falsely and inaccurately representing the character and legal status of the alleged debt, Defendants thereby communicated credit information which is known or which should be known to be false and thus violated 15 U.S.C. § 1692e(8) of the FDCPA.

42. In the abovementioned report, Defendants failed to report the disputed nature of the tradeline associated with the alleged debt in violation of 15 U.S.C. § 1692e(8) of the FDCPA. See Exhibit “C”.

43. Therefore, Defendants once again falsely represented the character and legal status of an alleged debt in violation of 15 U.S.C. § 1692e(2)(a) of the FDCPA and communicated credit information which is known or which should be known to be false in violation of 15 U.S.C. § 1692e(8) of the FDCPA.

44. Section 1692d of the FDCPA provides, in relevant part: “A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.”

45. Here, the only natural consequence of Defendants’ acts of willfully communicating credit information which was known to be false was to harass, oppress, and abuse Christie Sutlovich.

46. As such, Defendants' conduct, as set forth above, violated 15 U.S.C. § 1692d of the FDCPA.

47. Section 1692k(a) of the FDCPA provides, in relevant part:

> …any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of – (1) any actual damages sustained by such person as the result of such failure; (2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; and (3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court."

15 U.S.C. § 1692k(a) of the FDCPA.

48. As a direct and proximate result of Defendants' violations of the FDCPA, as set forth above, Christie Sutlovich has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Christie Sutlovich, respectfully requests that this Honorable Court enter judgment in their favor and against Defendants, LVNV Funding, LLC, and Pressler, Felt & Warshaw, LLP, and enter an award of monetary damages as described herein, not in excess of arbitration limits, including an award for actual damages, statutory damages pursuant to 15 U.S.C. §1692k(a), costs and attorney's fees pursuant to 15 U.S.C. § 1692k(a), and such other and further relief as this Honorable Court deems just and proper.

**COUNT II**
**VIOLATIONS OF THE FDCPA, 15 U.S.C. § 1692, *et seq*.**

*Plaintiff v. All Defendants, jointly and severally*

49. Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

50. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. 15 U.S.C. 1692(a).

51. The purpose of the FDCPA is to "eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e).

52. Christie Sutlovich is a "consumer" as defined by § 1692a(3) of the FDCPA.

53. LVNV Funding is a "debt collector" as defined by § 1692a(6) of the FDCPA.

54. PFW is a "debt collector" as defined by § 1692a(6) of the FDCPA.

55. Upon information and belief, the alleged "debt" arises out of an alleged transaction entered into primarily for personal, family, or household purposes. "The term 'debt' means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment." 15 U.S.C. § 1692a(5).

56. The Third Circuit has held that the FDCPA is to be enforced by private attorney generals. *Weiss v. Regal Collections*, 385 F.3d 337, 345 (3d. Cir. 2004).

57. Section 1692e of the FDCPA provides:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (2) The false representation of – (A) the character, amount, or legal status of any debt

15 U.S.C. § 1692e of the FDCPA.

58. PFW entered their appearance in the Magisterial District Court on behalf of LVNV, representing to Christie Sutlovich that PFW represented LVNV Funding.

59. On September 11, 2024, PFW mailed a letter to Christie Sutlovich's attorney at JP Ward & Associates in response to the First Dispute Letter. See Exhibit "D".

60. In the Response Letter, PFW confirms that they received the Dispute Letter and again represents to both Christie Sutlovich and her attorney that "Please be advised that this office represents LVNV FUNDING, LLC, the current owner of CREDIT ONE BANK, N.A. account number [Acct # Omitted]." See Exhibit "D".

61. At no relevant time did PFW communicate to Christie Sutlovich or her attorney that PFW's representation of LVNV Funding was allegedly very narrowly limited to the specific LVNV Funding account alleged in the Magistrate proceedings.

62. PFW's actions of misrepresenting the alleged scope of its representation of LVNV Funding to Christie Sutlovich constitutes a false, deceptive, and misleading representation in connection with the collection of any debt in violation of 15 U.S.C. § 1692e of the FDCPA.

63. Furthermore, PFW's completely omits any existence of the LVNV Account with account number #444796241331**** and an alleged balance of $2,067 even though the First Dispute Letter clearly requests proof of liability, accounting and ownership of any alleged accounts.

64. As LVNV's counsel, information regarding the secondary accounts were readily available to PFW at the time the Response Letter was sent.

65. At no relevant time did PFW communicate to Christie Sutlovich or her attorney that PFW's representation of LVNV Funding was allegedly very narrowly limited to the specific LVNV Funding account alleged in the Magistrate proceedings.

66. PFW's actions of misrepresenting the alleged scope of its representation of LVNV Funding to Christie Sutlovich constitutes a false, deceptive, and misleading representation in connection with the collection of any debt in violation of 15 U.S.C. § 1692e of the FDCPA.

67. This misrepresentation is particularly harmful to consumers, as a consumer-defendant in an active collection lawsuit is limited to only communicate through the debt collector's attorney, including requesting financial information from the debt collector and exercising their consumer rights to dispute a debt.

68. Section 1692d of the FDCPA provides, in relevant part: "A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt."

69. Here, the only natural consequence of PFW's acts of willfully misrepresenting the alleged scope of its representation of LVNV Funding was to harass, oppress, and abuse Christie Sutlovich.

70. As such, PFW's conduct, as set forth above, violated 15 U.S.C. § 1692d of the FDCPA.

71. Section 1692k(a) of the FDCPA provides, in relevant part:

> …any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of – (1) any actual damages sustained by such person as the result of such failure; (2)(A) in the case of any

> action by an individual, such additional damages as the court may allow, but not exceeding $1,000; and (3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court."

15 U.S.C. § 1692k(a) of the FDCPA.

72. As a direct and proximate result of PFW's violations of the FDCPA, as set forth above, Christie Sutlovich has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Christie Sutlovich, respectfully requests that this Honorable Court enter judgment in their favor and against Defendants, LVNV Funding, LLC and Pressler, Felt & Warshaw, LLP, and enter an award of monetary damages as described herein, not in excess of arbitration limits, including an award for actual damages, statutory damages pursuant to 15 U.S.C. §1692k(a), costs and attorney's fees pursuant to 15 U.S.C. § 1692k(a), and such other and further relief as this Honorable Court deems just and proper.

**JURY TRIAL DEMANDED UPON APPEAL OR REMOVAL.**

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: April 18, 2025

By: ______________________________

Joshua P. Ward (Pa. I.D. No. 320347)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

*Counsel for Plaintiff*

EXHIBIT "**A**"

# Magisterial District Judge 05-2-05

## DOCKET

Docket Number: MJ-05205-CV-0000161-2024

**Civil Docket**

LVNV Funding LLC
v.
Christie Lynn Sutlovich



## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Carolyn S. Bengel | File Date: | 08/12/2024 |
| Claim Amount: | $1,377.79 | Case Status: | Closed |
| Judgment Amount: | | County: | Allegheny |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 10/01/2024 | 10:30 am | | Magisterial District Judge Carolyn S. Bengel | Scheduled |

## CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Sutlovich, Christie Lynn | Natrona Heights, PA 15065 |
| Plaintiff | LVNV Funding LLC, C/O Pressler, Felt & Warshaw, LLP | Parsippany, NJ 07054 |

## DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-05205-CV-0000161-2024 | C/O Pressler, Felt & Warshaw, LLP LVNV Funding LLC | Christie Lynn Sutlovich | Judgment for Defendant | 10/01/2024 |

## ATTORNEY INFORMATION

**Private**

Name: Christopher Carfagno, Esq.

Representing: LVNV Funding LLC, C/O Pressler, Felt & Warshaw

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 329483

Phone No.: 973-753-5100

Address: C/O Pressler, Felt & Warshaw, LLP
7 Entin Rd.
Parsippany, NJ 07054-5020

Entry of Appearance Filed Dt: 08/12/2024

Withdrawal of Entry of Appearance Filed Dt:

**Private**

Name: John Eric Nedlik, Esq.

Representing: LVNV Funding LLC, C/O Pressler, Felt & Warshaw

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 037471

Phone No.: 412-726-9357

Address: 2317 Engelwood Dr
Pittsburgh, PA 15241

**Private**

Name: Travis Andrew Gordon, Esq.

Representing: Sutlovich, Christie Lynn

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 328314

Phone No.: 412-545-3016

Address: J.P. Ward & Associates, LLC
201 South Highland Ave, Suite 201
Pittsburgh, PA 15206

Entry of Appearance Filed Dt: 08/30/2024

Withdrawal of Entry of Appearance Filed Dt:

Entry of Appearance Filed Dt: 10/01/2024

Withdrawal of Entry of Appearance Filed Dt:



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# Magisterial District Judge 05-2-05

## DOCKET

Docket Number: MJ-05205-CV-0000161-2024

**Civil Docket**

LVNV Funding LLC
v.
Christie Lynn Sutlovich



## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 10/01/2024 | Entry of Appearance Filed | John Eric Nedlik, Esq. | C/O Pressler, Felt & Warshaw, LLP LVNV Funding LLC, Plaintiff |
| 10/01/2024 | Judgment for Defendant | Magisterial District Court 05-2-05 | Christie Lynn Sutlovich, Defendant |
| 08/30/2024 | Entry of Appearance Filed | Travis Andrew Gordon, Esq. | Christie Lynn Sutlovich, Defendant |
| 08/30/2024 | Intent to Defend Filed | Christie Lynn Sutlovich | Christie Lynn Sutlovich, Defendant |
| 08/14/2024 | Certified Civil Complaint Issued | Magisterial District Court 05-2-05 | Christie Lynn Sutlovich, Defendant |
| 08/12/2024 | Entry of Appearance Filed | Christopher Carfagno, Esq. | C/O Pressler, Felt & Warshaw, LLP LVNV Funding LLC, Plaintiff |
| 08/12/2024 | Civil Complaint Filed | C/O Pressler, Felt & Warshaw, LLP LVNV Funding LLC | |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

EXHIBIT "**B**"

J.P. WARD
& ASSOCIATES, LLC
PITTSBURGH • PHILADELPHIA

JOSHUA P. WARD, ESQ.

201 S HIGHLAND AVE., STE 201
PITTSBURGH, PA 15206

412.545.3016 OFFICE
412.540.3399 FAX
info@JPWARD.COM

August 30, 2024

LVNV Funding LLC
c/o Christopher Carfagno, Esq.
Pressler, Felt, & Warshaw, LLP
7 Entin Road
Parsippany, NJ 07054

***SENT VIA U.S. MAIL***

Re: Our Client: Christie Sutlovich
Docket Number: MJ-05205-CV-0000161-2024
Account Number(s):xxx

To Whom It May Concern:

Please accept this letter as confirmation of my representation of **Christie Sutlovich** with a current address of **81 Spruce St, Natrona Heights, PA 15065, United States.** My representation of the above-mentioned client includes any related debt(s) and/or credit account(s) your company claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter (the "Debts"). Please cease and desist any further communications with my client as it relates to the collection of Debts.

According to my client, your company has been reporting the above-referenced accounts to collection and/or credit agencies. My client denies owing **LVNV FUNDING LLC** any amount of money and demands proof of liability, accounting and ownership of these alleged accounts. The proof shall include any agreements and any amendments thereto, any other written or signed documents agreed to by my client, as well as, a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts.

Pursuant to the Consumer Financial Protection Act (**CFPA**) 12 U.S.C. 5533(a) and the Fair Debt Collection Practices Act (**FDCPA**) 15 U.S.C. § 1692 et seq. we request that you provide additional documents related to the Debt you claim is owed by our client:

1. the original account-level documentation reflecting all purchases, payments, or other actual uses of the account;

2. a document signed by our client evidencing the opening of the account forming the basis for the debt;

J.P. WARD
& ASSOCIATES, LLC
PITTSBURGH • PHILADELPHIA

JOSHUA P. WARD, ESQ.

201 S HIGHLAND AVE., STE 201
PITTSBURGH, PA 15206

412.545.3016 OFFICE
412.540.3399 FAX
info@JPWARD.COM

3. the name of the creditor at the time of charge-off, including the name under which the creditor did business with our client;

4. the last four digits of the account number associated with the debt at the time our client's last monthly account statement, or, if not available, at the time of charge-off; the charge-off balance;

5. ***LVNV FUNDING LLC's*** method of calculating any amount claimed in excess of the charge-off balance;

6. a copy of the statement where ***LVNV FUNDING LLC*** offered to provide our client (within 30 days of a written request) with copies of a document signed by our client evidencing the opening of the account forming the basis for the debt; and the original account-level documentation reflecting a purchase, payment, or other actual use of the account.

Please be advised that at all times relative hereto, we are disputing this debt, any related debt(s) and/or credit account(s) your company claims to have sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter (the "Debts"), under the FDCPA, FCRA, FCEUA and/or the UTPCPL. **AS SUCH YOU MUST 1) NOTIFY ANY CRAs YOU HAVE FURNISHED INFORMATION TO THAT THE TRADE LINE(S) ARE DISPUTED; 2) YOU MUST CEASE ALL COLLECTION ATTEMPTS AND DELETE THE TRADE LINE(S) UPON FINAL DISMISSAL OF A DEBT COLLECTION LAWSUIT IF JUDGMENT IS RENDERED IN FAVOR OF DEFENDANT.** You may direct the requested proof to my office at the address listed above. **YOU HAVE THIRTY (30) DAYS TO PROVIDE THE REQUESTED PROOFS.** All future correspondence or contact shall be directed to my office until my office provides written confirmation of termination of legal representation, if such termination should ever occur. **YOU MUST PROVIDE THIS NOTICE TO ANY ASSIGNEE, TRANSFEREE OR SUBSEQUENT OWNER OF THIS OR ANY DEBTS. IF YOU FAIL IN ANY OF THESE REGARDS, YOU WILL BE SUBJECT TO LIABILITY UNDER FEDERAL AND STATE CONSUMER PROTECTION LAWS.**

Very truly yours,

***/s/ Travis Gordon***
Travis A. Gordon, Esq.
tgordon@jpward.com
PA Bar I.D.: 328314

TAG/jrh
Cc: Christie Sutlovich

COMMONWEALTH OF PENNSYLVANIA

**APPEARANCE**

COUNTY OF Allegheny

**ENTRY OF**

**PURSUANT TO PARCPMDJ 207.1(A)**

Mag. Dist. No: 05-2-05
MDJ Name: Honorable Carolyn S. Bengel
Address: 1010 Broadview Boulevard
Brackenridge, PA
15014
Telephone: 7242245555

LVNV FUNDING LLC

v.

CHRISTIE LYNN SUTLOVICH

Docket No: MJ-05205-CV-0000161-2024
Case Filed:

**TO THE MAGISTERIAL DISTRICT COURT:**

Please enter my appearance on behalf of Defendant CHRISTIE LYNN SUTLOVICH In the above captioned matter.

Attorney Name: Travis A. Gordon

Supreme Court of Pennsylvania Attorney Identification Number: 328314

Firm Name: J.P. Ward & Associates, LLC

Address: 201 South Highland Avenue, Suite 201

City, State, Zip Code: Pittsburgh, Pennsylvania 15206

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

/s/ Travis A. Gordon
Signature of Applicant

August 30, 2024
Date

J.P. WARD
& ASSOCIATES, LLC
PITTSBURGH • PHILADELPHIA

JOSHUA P. WARD, ESQ.

201 S HIGHLAND AVE., STE 201
PITTSBURGH, PA 15206

412.545.3016 OFFICE
412.540.3399 FAX
info@JPWARD.COM

August 30, 2024

Magisterial District 05-2-05
Honorable Carolyn S. Bengel
1010 Broadview Boulevard
Brackenridge, PA 15014
*Phone:* 7242245555
*Sent via fax:* 7242261594

**RE: MJ-05205-CV-0000161-2024. LVNV FUNDING LLC vs. CHRISTIE LYNN SUTLOVICH**

**INTENT TO DEFEND NOTICE:**

DEFENDANT INTENDS TO ENTER A DEFENSE. PLEASE CONSIDER THIS NOTICE PER Pa. R. Civ. P. MAG DIST J RULE 305(4)(a).

PLEASE NOTIFY PLAINTIFF THAT DEFENDANT HAS ENTERED NOTICE TO DEFEND PER Pa. R. Civ. P. MAG DIST J RULE 318.

ALSO, PLEASE UPDATE THE DOCKET TO SHOW THAT DEFENDANT INTENDS TO DEFEND AS WELL AS OUR ENTRY OF APPEARANCE.

Very truly yours,

***/s/ Travis Gordon***
Travis A. Gordon, Esq.
tgordon@jpward.com
PA Bar I.D.: 328314

TAG/jrh
Cc: Christopher Carfagno, Esq.
Christie Sutlovich

EXHIBIT “**C**”

*** 453685402-004 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

10/25/2024

Information for Good.

0269201090Q0000-PKULNK00102692

PKULNK00102692-I039329-222272861
JOSHUA P WARD/J P WARD AND ASSOCIATES LLC
201 S HIGHLAND AVE 201
PITTSBURGH, PA 15206

RE: Consumer

CHRISTIE L. SUTLOVICH
81 SPRUCE ST
NATRONA HEIGHTS, PA 15065-2643

Enclosed is the TransUnion Personal Credit Report that you requested on behalf of the above-referenced consumer. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of the consumer's credit information very seriously. We are committed to providing the complete and reliable credit information that the consumer needs to participate in everyday transactions and purchases.

If the consumer believes an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

If the consumer is experiencing a financial hardship related to a public health emergency or their personal circumstances, they can add a consumer statement to their credit file to explain their situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of the enclosed credit information.

For frequently asked questions about the consumer's credit report, please visit http://transunion.com/consumerfaqs.

# TransUnion Credit Score

CHRISTIE L. SUTLOVICH

## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>-<br>Created on<br>10/25/2024 | Unavailable<br>(See Below)<br><br> | Unavailable<br>(See Below)<br><br> |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

TransUnion

# Personal Information

You have been on our files since 05/01/1996

**SSN:** XXX-XX-8164

**Date of Birth:** 11/07/1976

**Names Reported:** CHRISTIE L. SUTLOVICH, CHRISTIE LYNN SUTLOVICH, CHERISTIE SUTLOVICH, CHRISTINE L. SUTLOVICH, SUTLOVICH CHRISTIE, CRISTIE SUTLOVICH, and CHRISTIE DUFFNER

## Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 81 SPRUCE ST, NATRONA HEIGHTS, PA 15065-2643 | 01/27/2007 | 81 SPUCE ST, NATRONA HEIGHTS, PA 15065 | 05/27/2012 |
| 81 SPRUCE ST, NATRONA HTS, PA 15065-2643 | 01/27/2007 | 633 E 10TH AVE, TARENTUM, PA 15084-1050 | 08/24/2018 |
| 1531 CAROLINE ST, NATRONA HEIGHTS, PA 15065-1620 | 05/13/2015 | 64 POND ST APT A, NATRONA HEIGHTS, PA 15065-2680 | 11/11/2004 |
| 64 POND ST, NATRONA HEIGHTS, PA 15065-2680 | 02/26/2008 | 64 POND ST APT A, NATRONA HTS, PA 15065-2680 | 02/05/2007 |
| 1029 8TH AVE, BRACKENRIDGE, PA 15014-1142 | 04/26/2016 | 1117 EISENHOWER WALDSCHMIDT DR, RUSSELLTON, PA 15076 | 07/02/2004 |
| 977 5TH FRON AVE, NEW KENSINGTON, PA 15068 | | 64 POND ST APT AN, NATRONA HEIGHTS, PA 15065-2680 | 08/28/2012 |
| 617 VALLEY ST, OAKMONT, PA 15139-1837 | 12/17/2008 | 145 SCENERY PARK, APOLLO, PA 15613-8861 | 02/03/2007 |
| 132 SCENERY PARK, APOLLO, PA 15613-8861 | 01/20/2007 | | |

## Telephone Numbers Reported:

(724) 212-6766 (724) 409-0186 (724) 889-3114 (728) 713-4328 (412) 596-5880 (724) 895-3185 (412) 374-9148
(724) 994-6041 (724) 826-2622 (724) 996-0110 (724) 713-4328 (412) 820-2050 (412) 828-3986 (724) 826-1434
(724) 226-3845

## Employment Data Reported:

| Employer Name | Date Verified |
|---|---|
| FAMILY SERVICES | 05/19/2012 |

# Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets › ‹ indicates that this remark is considered adverse.

**CBG** CLOSED BY CREDIT GRANTOR **PDE** PAYMENT DEFERRED **›PRL‹** UNPAID BALANCE CHARGED OFF

# Accounts with Adverse Information

**CAPITAL ONE/WALMART** #603220147012**** (PO BOX 31293, SALT LAKE CITY, UT 84131, (800) 955-7070)

**Date Opened:** 06/16/2013
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CHARGE ACCOUNT

**Balance:** $0
**Date Updated:** 10/21/2021
**Payment Received:** $0
**Last Payment Made:** 09/22/2021
**High Balance:** $752
**Original Charge-off:** $752
**Credit Limit:** $600

**Pay Status:** ›Account paid in Full; was a Charge-off‹
**Terms:** Paid Monthly
**Date Closed:** 04/04/2020
**Date Paid:** 09/22/2021
›Maximum Delinquency of 120 days in 02/2020 for $186 and in 03/2020 for $214‹

**Account Sale Info:** ACCOUNT PURCHASED FROM SYNCBWALMART
**Remarks:** ›SETTLED-LESS THAN FULL BLNC‹; ›PAID IN FULL/WAS A CHARGE OFF‹
**Estimated month and year that this item will be removed:** 09/2026

| | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 | X |

**To dispute online go to: http://transunion.com/disputeonline**



02692020960000-PKULNK001102692

**JPMCB CARD SERVICES** #464018210541**** (PO BOX 15369, WILMINGTON, DE 19850, (800) 945-2000)

**Date Opened:** 03/04/2015
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** FLEXIBLE SPENDING CREDIT CARD

**Date Updated:** 10/21/2024
**Last Payment Made:** 03/10/2022
**Original Charge-off:** $821

**Pay Status:** >Charged Off<
**Terms:** Paid Monthly
**Date Closed:** 07/23/2022
>Maximum Delinquency of 120 days in 08/2022 for $197 and in 10/2022 for $316<

**Credit Limit:** Credit limit of $500 from 04/2022 to 11/2022; $500 from 08/2023 to 10/2024
**Estimated month and year that this item will be removed:** 04/2029

| | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 |
| **Scheduled Payment** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Past Due** | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 |
| **High Balance** | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 | $821 |
| **Remarks** | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL |
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $821 | $821 | $821 | | | | | | | | | $821 |
| **Scheduled Payment** | $0 | $0 | $0 | | | | | | | | | $0 |
| **Amount Paid** | $0 | $0 | $0 | | | | | | | | | $0 |
| **Past Due** | $821 | $821 | $821 | | | | | | | | | $821 |
| **High Balance** | $821 | $821 | $821 | | | | | | | | | $821 |
| **Remarks** | CBG/PRL | CBG/PRL | CBG/PRL | | | | | | | | | CBG/PRL |
| **Rating** | C/O | C/O | C/O | X | X | X | X | X | X | X | X | C/O |

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $821 | $804 | $749 | $695 | $643 | $593 | $543 | | | | | |
| **Scheduled Payment** | $35 | $62 | $61 | $58 | $57 | $55 | $50 | | | | | |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| **Past Due** | $316 | $255 | $197 | $140 | $85 | $35 | $0 | | | | | |
| **High Balance** | $821 | $804 | $749 | $695 | $643 | $593 | $572 | | | | | |
| **Remarks** | CBG | CBG | CBG | | | | | | | | | |
| **Rating** | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK |

| | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**JPMCB CARD SERVICES** #426684147399**** (PO BOX 15369, WILMINGTON, DE 19850, (800) 945-2000)

**Date Opened:** 05/17/2016
**Responsibility:** Authorized Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 10/16/2024
**Last Payment Made:** 03/10/2022
**Original Charge-off:** $1,382

**Pay Status:** >Charged Off<
**Terms:** Paid Monthly
**Date Closed:** 07/17/2022
>Maximum Delinquency of 120 days in 08/2022 for $242 and in 10/2022 for $396<

**Credit Limit:** Credit limit of $1,000 from 04/2022 to 11/2022; $1,000 from 08/2023 to 10/2024
**Estimated month and year that this item will be removed:** 04/2029

| | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 |
| **Scheduled Payment** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Past Due** | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 |
| **High Balance** | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 | $1,382 |
| **Remarks** | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL |
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $1,382 | $1,382 | $1,382 | | | | | | | | | $1,382 |
| **Scheduled Payment** | $0 | $0 | $0 | | | | | | | | | $0 |
| **Amount Paid** | $0 | $0 | $0 | | | | | | | | | $0 |
| **Past Due** | $1,382 | $1,382 | $1,382 | | | | | | | | | $1,382 |
| **High Balance** | $1,382 | $1,382 | $1,382 | | | | | | | | | $1,382 |
| **Remarks** | CBG/PRL | CBG/PRL | CBG/PRL | | | | | | | | | CBG/PRL |
| **Rating** | C/O | C/O | C/O | X | X | X | X | X | X | X | X | C/O |

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,382 | $1,353 | $1,285 | $1,219 | $1,155 | $1,093 | $1,032 | | | | | |
| Scheduled Payment | $43 | $81 | $79 | $75 | $73 | $71 | $58 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $396 | $317 | $242 | $169 | $98 | $40 | $0 | | | | | |
| High Balance | $1,382 | $1,353 | $1,285 | $1,219 | $1,155 | $1,093 | $1,067 | | | | | |
| Remarks | CBG | CBG | CBG | | | | | | | | | |
| Rating | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK |

| | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**LVNV FUNDING LLC** #444796241331**** ( C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29603, (877) 527-4484 )

**Placed for collection:** 10/17/2022
**Responsibility:** Individual Account
**Account Type:** Open Account
**Loan Type:** DEBT BUYER
**Balance:** $2,067
**Date Updated:** 10/02/2024
**Original Amount:** $2,067
**Original Creditor:** CREDIT ONE BANK N A (Financial)
**Past Due:** ›$2,067‹
**Pay Status:** ›In Collection‹

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 01/2029

**PORTFOLIO RECOVERY** #604578103150**** ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (844) 675-3407 )

**Placed for collection:** 06/17/2023
**Responsibility:** Individual Account
**Account Type:** Open Account
**Loan Type:** DEBT BUYER
**Balance:** $790
**Date Updated:** 10/06/2024
**Original Amount:** $790
**Original Creditor:** SYNCHRONY BANK (Banking)
**Past Due:** ›$790‹
**Pay Status:** ›In Collection‹

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 10/2028

**PORTFOLIO RECOVERY** #517805760589**** ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (844) 675-3407 )

**Placed for collection:** 02/28/2024
**Responsibility:** Individual Account
**Account Type:** Open Account
**Loan Type:** DEBT BUYER
**Balance:** $1,047
**Date Updated:** 09/30/2024
**Original Amount:** $1,047
**Original Creditor:** CAPITAL ONE N A (Banking)
**Past Due:** ›$1,047‹
**Pay Status:** ›In Collection‹

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 05/2029

**PORTFOLIO RECOVERY** #517805933409**** ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (844) 675-3407 )

**Placed for collection:** 01/29/2024
**Responsibility:** Individual Account
**Account Type:** Open Account
**Loan Type:** DEBT BUYER
**Balance:** $716
**Date Updated:** 09/24/2024
**Original Amount:** $716
**Original Creditor:** CAPITAL ONE N A (Banking)
**Past Due:** ›$716‹
**Pay Status:** ›In Collection‹

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 05/2029

**SLOAN/NELNET SERVICES** #19249**** ( PO BOX 82561, LINCOLN, NE 68501, (833) 597-5626 )

**Date Opened:** 12/15/2006
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** STUDENT LOAN
**Balance:** $0
**Date Updated:** 09/30/2021
**Payment Received:** $0
**Last Payment Made:** 07/13/2020
**High Balance:** $4,233
**Pay Status:** ›Transferred; was 120 days past due date‹
**Terms:** $0 per month, paid Monthly for 240 months
**Date Closed:** 09/30/2021
›Maximum Delinquency of 120 days in 01/2021 for $252 and in 09/2021 for $759‹

**Remarks:** TRANSFERRED TO ANOTHER LENDER
**Estimated month and year that this item will be removed:** 09/2027

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 | OK | OK | OK |

| | 08/2020 | 07/2020 |
|---|---|---|
| Rating | OK | OK |



026920309M0000-PKULNK00102692

**SLOAN/NELNET SERVICES** #19249**** (PO BOX 82561, LINCOLN, NE 68501, (833) 597-5626)

**Date Opened:** 12/15/2006
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** STUDENT LOAN

**Balance:** $0
**Date Updated:** 09/30/2021
**Payment Received:** $0
**Last Payment Made:** 07/13/2020
**High Balance:** $6,779

**Pay Status:** ›Transferred; was 120 days past due date‹
**Terms:** $0 per month, paid Monthly for 240 months
**Date Closed:** 09/30/2021
›Maximum Delinquency of 120 days in 01/2021 for $570 and in 09/2021 for $1,720‹

**Remarks:** TRANSFERRED TO ANOTHER LENDER
**Estimated month and year that this item will be removed:** 09/2027

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 | OK | OK | OK |

| | 08/2020 | 07/2020 |
|---|---|---|
| **Rating** | OK | OK |

## Satisfactory Accounts

**ALLEGHENY KISKI PSTL FCU** #4221400000054**** (501 11TH ST, ROOM 206, NEW KENSINGTN, PA 15068, (724) 337-3717)

**Date Opened:** 04/22/2014
**Responsibility:** Joint Account
**Account Type:** Installment Account
**Loan Type:** UNSECURED

**Balance:** $0
**Date Updated:** 05/05/2016
**Payment Received:** $0
**Last Payment Made:** 05/05/2016
**High Balance:** $4,000

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** $0 per month, paid Monthly for 36 months
**Date Closed:** 05/05/2016

**Remarks:** CLOSED

| | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2014 |
|---|---|
| **Rating** | OK |

**BRIDGECREST FORMERLY DRIVETIME** #20015630**** (P O BOX 29018, PHOENIX, AZ 85038, (800) 843-3825)

**Date Opened:** 03/09/2022
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** AUTOMOBILE

**Date Updated:** 09/30/2024
**Payment Received:** $364
**Last Payment Made:** 09/09/2024

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $364 per month, paid Monthly for 72 months

**High Balance:** High balance of $17,135 from 04/2022 to 09/2024

| | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $11,890 | $12,107 | $12,316 | $12,523 | $12,732 | $12,933 | $13,137 | $13,334 | $13,538 | $13,730 | $13,918 | $14,109 |
| **Scheduled Payment** | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 |
| **Amount Paid** | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $14,293 | $14,480 | $14,659 | $14,835 | $15,015 | $15,187 | $15,363 | $15,531 | $15,715 | $15,878 | $16,039 | $16,205 |
| **Scheduled Payment** | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 |
| **Amount Paid** | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 | $364 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 |
|---|---|---|---|---|---|---|---|
| **Balance** | $16,362 | $16,523 | $16,676 | $16,827 | $16,983 | $17,146 | |
| **Scheduled Payment** | $364 | $364 | $364 | $364 | $364 | $364 | |
| **Amount Paid** | $364 | $364 | $364 | $364 | $381 | $364 | |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Rating** | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE** #517805953483**** (P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070)

**Date Opened:** 12/05/2023
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 10/17/2024
**Last Payment Made:** 10/02/2024

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $25 per month, paid Monthly

**High Balance:** High balance of $511 from 01/2024 to 02/2024; $533 from 03/2024 to 03/2024; $536 from 04/2024 to 05/2024; $537 from 06/2024 to 10/2024
**Credit Limit:** Credit limit of $500 from 01/2024 to 10/2024

026920409E0000-PKULNK00102692

| | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $445 | $458 | $496 | $508 | $525 | $512 | $499 | $511 | $503 | $511 |
| Scheduled Payment | $25 | $25 | $25 | $25 | $31 | $25 | $25 | $25 | $25 | $25 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE** #515678640293**** ( PO BOX 31293, SALT LAKE CITY, UT 84131, (800) 955-7070 )

**Date Opened:** 03/29/2024
**Responsibility:** Authorized Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD
**Date Updated:** 10/14/2024
**Last Payment Made:** 10/04/2024
**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $27 per month, paid Monthly

**High Balance:** High balance of $85 from 05/2024 to 05/2024; $200 from 06/2024 to 07/2024; $586 from 08/2024 to 10/2024
**Credit Limit:** Credit limit of $5,000 from 05/2024 to 10/2024

| | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 |
|---|---|---|---|---|---|---|---|
| Balance | $261 | $454 | $586 | $153 | $200 | $36 | |
| Scheduled Payment | $27 | $27 | $27 | $27 | $27 | $27 | |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | |
| Rating | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE** #517805847141**** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )

**Date Opened:** 02/11/2014
**Responsibility:** Authorized Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD
**Balance:** $0
**Date Updated:** 09/13/2017
**Last Payment Made:** 08/07/2017
**High Balance:** $2,421
**Credit Limit:** $2,400
**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 08/14/2017
**Date Paid:** 08/07/2017

**Remarks:** DISP INVG COMP-RPT BY GRNTR; CLOSED

| | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

**CITICARDS CBNA** #542418144774**** ( 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108, (888) 248-4728 )

**Date Opened:** 10/26/2015
**Responsibility:** Authorized Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD
**Date Updated:** 09/25/2024
**Last Payment Made:** 09/08/2024
**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** Paid Monthly
**Date Paid:** 09/08/2024

**High Balance:** High balance of $7,467 from 04/2022 to 09/2024
**Credit Limit:** Credit limit of $7,110 from 04/2022 to 06/2023; $9,700 from 07/2023 to 09/2024

| | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $2 | $181 | $474 | $761 | $1,066 | $1,324 | $1,598 | $1,863 | $2,079 | $2,287 | $2,494 |
| Scheduled Payment | | $2 | $25 | $25 | $25 | $32 | $39 | $51 | $53 | $62 | $65 | $69 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,700 | $2,854 | $3,053 | $3,248 | $3,403 | $3,596 | $3,777 | $3,963 | $4,142 | $4,319 | $4,778 | $4,707 |
| Scheduled Payment | $122 | $80 | $86 | $126 | $91 | $105 | $101 | $110 | $114 | $128 | $125 | $127 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $4,877 | $4,762 | $4,938 | $5,404 | $5,293 | $5,465 | | | | | | |
| Scheduled Payment | $136 | $122 | $132 | $164 | $130 | $143 | | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Contnental Finance Company** #516648520163**** (4550 New Linden Hill Rd, ste 400, Wilmington, DE 19808, (866) 449-4514)

**Date Opened:** 06/18/2013
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Balance:** $0
**Date Updated:** 09/23/2015
**Payment Received:** $0
**Last Payment Made:** 03/08/2015
**High Balance:** $362
**Credit Limit:** $300

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 03/13/2015
**Date Paid:** 03/08/2015

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2013 | 07/2013 |
|---|---|---|
| Rating | OK | OK |

**DEPT OF ED / NELNET** #90000085513**** (PO BOX 82561, LINCOLN, NE 68501, (888) 486-4722)

**Date Opened:** 12/15/2006
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** STUDENT LOAN

**Date Updated:** 09/30/2024
**Payment Received:** $0
**Last Payment Made:** 09/30/2023

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $343 per month, paid Monthly for 120 months

**High Balance:** High balance of $11,012 from 11/2023 to 04/2024; $11,012 from 07/2024 to 09/2024

| | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $25,983 | $25,851 | $25,714 | | | $29,917 | $29,761 | $29,599 | $29,448 | $29,286 | $29,125 |
| Scheduled Payment | $343 | $343 | $343 | | | $343 | $334 | $0 | $334 | $334 | $334 |
| Amount Paid | $0 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | | | | | | | | PDE | | | |
| Rating | OK | OK | OK | X | X | OK | OK | X | OK | OK | OK |

**MERRICK BANK** #546316692181**** (po box 9201, old bethpage, NY 11804, (800) 204-5936)

**Date Opened:** 07/19/2024
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 10/03/2024
**Payment Received:** $35
**Last Payment Made:** 09/05/2024

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $35 per month, paid Monthly

**High Balance:** High balance of $0 from 07/2024 to 07/2024; $72 from 08/2024 to 08/2024; $305 from 09/2024 to 10/2024
**Credit Limit:** Credit limit of $300 from 07/2024 to 10/2024

| | 10/2024 | 09/2024 | 08/2024 | 07/2024 |
|---|---|---|---|---|
| Balance | $277 | $305 | $72 | $0 |
| Scheduled Payment | $35 | $35 | $35 | $0 |
| Amount Paid | $35 | $60 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK |

**SYNCB/WAL-MART** #603220147012**** (PO BOX 71746, PHILADELPHIA, PA 19176, (855) 893-5848)

**Date Opened:** 06/16/2013
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CHARGE ACCOUNT

**Balance:** $0
**Date Updated:** 10/10/2019
**Payment Received:** $0
**Last Payment Made:** 08/11/2019
**High Balance:** $661
**Credit Limit:** $600

**Pay Status:** Sold; was Paying as agreed
**Terms:** Paid Monthly
**Date Closed:** 10/10/2019

**Account Sale Info:** ACCOUNT SOLD TO CAPITAL ONE
**Remarks:** PURCHASED BY ANOTHER LENDER

| | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**WEBBANK/FINGERHUT #636992105116****** ( 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347, (866) 734-0342 )

**Date Opened:** 11/12/2015
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CHARGE ACCOUNT

**Balance:** $0
**Date Updated:** 12/19/2017
**Payment Received:** $0
**High Balance:** $0
**Credit Limit:** $1,000

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 12/08/2015

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2015 |
|---|---|
| Rating | OK |

**WEBBANK/ONEMAIN #549429494528****** ( PO BOX 3316, EVANSVILLE, IN 47732, (888) 743-7698 )

**Date Opened:** 08/14/2024
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 10/04/2024
**Payment Received:** $125
**Last Payment Made:** 09/27/2024

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $25 per month, paid Monthly

**High Balance:** High balance of $478 from 09/2024 to 09/2024; $508 from 10/2024 to 10/2024
**Credit Limit:** Credit limit of $500 from 09/2024 to 10/2024

| | 10/2024 | 09/2024 |
|---|---|---|
| Balance | $507 | $473 |
| Scheduled Payment | $25 | $25 |
| Amount Paid | $125 | $32 |
| Past Due | $0 | $0 |
| Rating | OK | OK |

## Regular Inquiries

**TBOMMILESTONE** ( PO BOX 4499, BEAVERTON, OR 97076, (800) 229-0386 ) **Inquiry Type:** Individual
**Requested On:** 10/10/2024

**EAGLEMARK S BK** ( 3850 ARROWHEAD DRIVE, CARSON CITY, NV 89706, (775) 886-3000 ) **Inquiry Type:** Individual
**Requested On:** 08/25/2024

**MERRICK BANK** ( PO BOX 9201, OLD BETHPAGE, NY 11804, (800) 204-5936 ) **Inquiry Type:** Individual
**Requested On:** 07/18/2024

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298-9773 ) **Inquiry Type:** Individual
**Requested On:** 01/22/2024, 06/09/2023

**CAPITAL ONE** ( 15000 CAPITAL ONE, RICHMOND, VA 23238, (800) 955-7070 ) **Inquiry Type:** Individual
**Requested On:** 12/05/2023

**PAYPAL via SYNCBPAYPAL** ( PO BOX 965005, ORLANDO, FL 32896, (844) 373-4961 ) **Inquiry Type:** Individual
**Permissible Purpose:** CREDIT TRANSACTION
**Requested On:** 12/08/2022

## Promotional Inquiries

**CB INDIGO** ( PO BOX 4499, BEAVERTON, OR 97076, (866) 946-9545 )
**Requested On:** 09/20/2024, 08/30/2024, 08/12/2024, 07/23/2024, 07/02/2024

**PROGRESSIVE INSURANCE** ( PO BOX 43258, RICHMOND HEIG, OH 44123, (216) 732-3038 )
**Requested On:** 08/26/2024

**ACS CORPORATION** ( 6249 STEWART AVENUE, CINCINNATI, OH 45227, (513) 527-7700 )
**Requested On:** 08/26/2024

**ONE CAPITAL LENDING** ( 9980 SOUTH 300 WEST SUITE 200, SANDY, UT 84070, (855) 565-6344 )
**Requested On:** 08/10/2024



02692050910000-PKULNK00102692

**FEB -DESTINY** ( PO BOX 4499, BEAVERTON, OR 97076, (800) 583-5698 )
**Requested On:** 05/06/2024, 04/12/2024, 03/27/2024, 03/11/2024, 02/23/2024

**MRV-VERVENT-REVVI** ( PO BOX 85800, SIOUX FALLS, SD 57118, (858) 451-2444 )
**Requested On:** 04/18/2024, 01/25/2024

**FIRST PREMIER** ( 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145, (800) 987-5521 )
**Requested On:** 04/04/2024, 12/17/2023

**TBOM/VERVENT-FIRST ACCESS** ( TRANSACTION SERVICES, PO BOX 89028, SIOUX FALLS, SD 57108, (877) 259-3755 )
**Requested On:** 02/22/2024

**TBOM - MILESTONE** ( PO BOX 4499, BEAVERTON, OR 97076, (800) 305-0330 )
**Requested On:** 01/12/2024, 12/14/2023, 11/29/2023, 11/08/2023

**MERRICK BANK** ( 10705 S JORDAN GATEWAY, SUITE 200, SOUTH JORDAN, UT 84095, (800) 253-2322 )
**Requested On:** 01/10/2024

**SYNOVUS/VERV-FIRSTDIGITAL** ( PO BOX 85650, SIOUX FALLS, SD 57118, (877) 259-3755 )
**Requested On:** 12/27/2023

**MUTUAL OF OMAHA** ( MUTUAL OF OMAHA PL, OMAHA, NE 68175-0001, (877) 591-4243 )
**Requested On:** 11/01/2023

## Account Review Inquiries

**TRANSUNION CONSUMER INTE** ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 10/21/2024

**CREDITWISE CAPITAL1 TU-C** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 10/21/2024

**CAPITAL MANAGEMENT SERVICES LP** ( 698 ONE HALF S OGDEN ST, BUFFALO, NY 14206, (800) 457-8220 )
**Requested On:** 10/20/2024

**CAPITAL ONE** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
**Requested On:** 10/20/2024

**CREDIT KARMA via TUCI CREDIT KARMA TUNA** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 10/19/2024, 10/10/2024, 10/03/2024, 09/18/2024

**PORTFOLIO RECOVERY ASSOCIATES** ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (757) 519-9300 )
**Requested On:** 10/11/2024

**CREDITWISE CAPITAL1 TU-B** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
**Requested On:** 10/10/2024

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Requested On:** 10/10/2024

**TBOMMILESTONE** ( PO BOX 4499, BEAVERTON, OR 97076, (800) 229-0386 )
**Requested On:** 10/10/2024

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782-8282 )
**Requested On:** 10/09/2024

**MERRICK BANK** ( po box 9201, old bethpage, NY 11804, (800) 204-5936 )
**Requested On:** 10/03/2024

**CHRISTIE SUTLOVICH via CREDITWISE CAPITAL1 TU-A** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 09/28/2024, 08/31/2024, 08/03/2024, 07/04/2024, 06/07/2024, 05/09/2024, 04/12/2024, 03/14/2024, 02/15/2024, 01/19/2024, 01/01/2024, 12/05/2023, 12/02/2023, 11/03/2023, 10/07/2023, 09/09/2023, 08/12/2023, 07/14/2023, 06/16/2023, 05/19/2023, 04/21/2023, 03/25/2023, 02/24/2023, 01/28/2023, 12/31/2022, 12/03/2022, 11/03/2022

**HARLEY-DAVIDSON FINANCIAL** ( 3850 ARROWHEAD DRIVE, CARSON CITY, NV 89706, (775) 886-3000 )
**Requested On:** 08/25/2024

02692060910000-PKULNK00102692

**CHRISTIE SUTLOVICH via KARMATRANSUNION INTERACT** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 08/25/2024

**CLIENT SERVICES INC via CLIENT SERVICES INC** ( 3451 HARRY S TRUMAN BLVD, ST CHARLES, MO 63301, (636) 947-2321 x5331 )
**Permissible Purpose:** COLLECTION
**Requested On:** 02/08/2024

**CARVANA LLC** ( 1930 W RIO SALADO PKWY, TEMPE, AZ 85281, (800) 333-4554 )
**Requested On:** 02/01/2024

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298-9773 )
**Requested On:** 01/22/2024

**PAYPAL via SYNCBPAYPAL** ( PO BOX 965005, ORLANDO, FL 32896, (844) 373-4961 )
**Permissible Purpose:** CREDIT TRANSACTION
**Requested On:** 12/19/2023

**APPLE CARDGS BANK** ( PO BOX 45400, SALT LAKE CITY, UT 84145, (877) 255-5923 )
**Requested On:** 12/05/2023

**APPLE CARDGS BANK** ( PO BOX 45400, SALT LAKE CITY, UT 84145, (877) 255-5923 )
**Requested On:** 12/05/2023

**CAPITAL ONE** ( 15060 CAPITAL ONE DRIVE, RICHMOND, VA 23238, (800) 689-1789 )
**Requested On:** 12/05/2023

**CAPITAL ONE** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )
**Requested On:** 12/05/2023

**CAPITAL ONE** ( 15000 CAPITAL ONE DRIVE, US565724, RICHMOND, VA 23238, (800) 955-7070 )
**Permissible Purpose:** INSURANCE UNDERWRITING
**Requested On:** 12/05/2023

**RADIUS GLOBAL SOLUTIONS** ( 7831 GLENROY RD, SUITE 145, EDINA, MN 55439, (866) 720-0820 )
**Requested On:** 07/15/2023, 06/30/2023

**PORTFOLIO RECOVERY ASSO** ( 140 CORPORATE BLVD, NORFOLK, VA 23502, (888) 772-7326 )
**Requested On:** 07/09/2023

**CONSUMERINFO.COM** ( 475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397-3742 )
**Requested On:** 05/16/2023

**MONARCH RECOVERY** ( 3260 TILLMAN DRIVE, SUITE 75, BENSALEM, PA 19020, (267) 270-3895 )
**Requested On:** 03/02/2023

**PAYPAL via SYNCBVENMO** ( PO BOX 965015, ORLANDO, FL 32896, (855) 878-6462 )
**Permissible Purpose:** CREDIT TRANSACTION
**Requested On:** 01/21/2023

**ARS NATIONAL SERVICES** ( P.O. BOX 469046, ESCONDIDO, CA 92046, (800) 936-7214 )
**Requested On:** 11/07/2022

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assers Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**TBOMMILESTONE**
Identifying information they provided:
CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HEIGHTS, PA 15065-2643
(724) 212-6766
**Requested On:** 10/10/2024

**EAGLEMARK S BK**
Identifying information they provided:
CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HEIGHTS, PA 15065-2643
(724) 212-6766
**Requested On:** 08/25/2024

# Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

***CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY***

Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: TRANSUNION CONSUMER INTE
Requested on: 9/06/2024
Number of Accounts Consumer is Identified On: 0
Bank Account Closures Identified as Fraudulent: 0
Paid Checks in the Last 3 Years: 0
Open (Unpaid) Checks in the Last 3 Years: 0
Checks Ordered in the Last Month: 0
Checks Ordered in the Last 2 Months: 0
Checks Ordered in the Last 3 Months: 0
Checks Ordered in the Last 6 Months: 0
Check Orders in the Last Year: 0
Check Orders in the Last 2 Years: 0
Check Orders in the Last 3 Years: 0
Quantity of Checks Ordered in the Last 3 Years: 0
Average Checks Ordered in the Last 3 Years: .00000
Smallest Number of Checks Ordered: 0
Largest Number of Checks Ordered: 0
Checking Account Closures in the Last Month: 0
Checking Account Closures in the Last 2 Months: 0
Checking Account Closures in the Last 3 Months: 0
Checking Account Closures in the Last Year: 0
Checking Account Closures in the Last 2 Years: 0
Checking Account Closures in the Last 3 Years: 0
DDA Closures in Last 180 Days: 0
DDA Closure in Last 5 Years: 0
Paid DDA Closures in Last 5 Years: 0
Unpaid DDA Closures in Last 2 Years: 0
Unpaid DDA Closures in Last 5 Years: 0
Unpaid DDA Closures in Last 4 Years: $000000000.00
Checking Account Inquiries in the Last Month: 0
Checking Account Inquiries in the Last 2 Months: 0
Checking Account Inquiries in the Last 3 Months: 0
Checking Account Inquiries in the Last 6 Months: 0
Checking Account Inquiries in the Last Year: 0
Checking Account Inquiries in the Last 2 Years: 1
DDA Inquiries in the Last 3 Years: 1
Total Days Since First Checking Account Inquiry: 714
Days Since Most Recent DDA Inquiry: 714
Credit Inquiries in the Last Year: 0
Credit Inquiries in the Last 3 Years: 2
Auto Inquiries in the Last 3 Years: 1
Credit Issuance Inquiries in the Last Year: 0
Credit Issuance Inquiries in the Last 3 Years: 0
Payday Inquiries in the Last 3 Years: 0
Utility Inquiries in the Last 3 Years: 0
Other Credit Inquiries in the Last 2 years: 1
Other Credit Inquiries in the Last 3 Years: 1
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 3
Open (Unpaid) NSFs in the Last Month: 0
Open (Unpaid) NSFs in the Last 2 Months: 0
Open (Unpaid) NSFs in the Last 3 Months: 0
Open (Unpaid) NSFs in the Last 6 Months: 0
Open (Unpaid) NSFs in the Last Year: 0
Open (Unpaid) NSFs in the Last 2 Years: 0
Open (Unpaid) NSFs in the Last Month: $000000000.00
Open (Unpaid) NSFs in the Last 2 Months: $000000000.00
Open (Unpaid) NSFs in the Last 3 Months: $000000000.00
Open (Unpaid) NSFs in the Last 6 Months: $000000000.00
Open (Unpaid) NSFs in the Last Year: $000000000.00
Open (Unpaid) NSFs in the Last 2 Years: $000000000.00

Open (Unpaid) NSFs in the Last 3 Years: $000000000.00
Paid NSFs in the Last Month: 0
Paid NSFs in the Last 2 Months: 0
Paid NSFs in the Last 3 Months: 0
Paid NSFs in the Last 6 Months: 0
Paid NSFs in the Last Year: 0
Paid NSFs in the Last 2 Years: 0
Paid NSFs in the Last Month: $000000000.00
Paid NSFs in the Last 2 Months: $000000000.00
Total Paid NSFs in the Last 3 Months: $000000000.00
Total Paid NSFs in the Last 6 Months: $000000000.00
Total Paid NSFs in the Last Year: $000000000.00
Total Paid NSFs in the Last 2 Years: $000000000.00
Total Paid NSFs in the Last 3 Years: $000000000.00
Largest Opened (Unpaid) NSF Check: $000000000.00
Largest Paid NSF Check: $000000000.00

***SUPPLEMENTAL CONSUMER CREDIT INFORMATION***

Data Source: Teletrack (PO Box 740008, Atlanta, GA 30374, (877)309-5226)
Requested by: APPLE CARDGS BANK
Requested on: 12/05/2023
Auto Finance Inquiries in the Last 3 Months: 0
Auto Finance Inquiries in the Last 6 Months: 0
Auto Finance Inquiries in the Last 9 Months: 0
Auto Finance Inquiries in the Last 12 Months: 0
Auto Finance Inquiries in the Last 24 Months: 1
Auto Finance Inquiries in the Last 7 Years: 1
Cash Advance Inquiries in the Last 3 Months: 0
Cash Advance Inquiries in the Last 6 Months: 0
Cash Advance Inquiries in the Last 9 Months: 0
Cash Advance Inquiries in the Last 12 Months: 0
Cash Advance Inquiries in the Last 24 Months: 0
Cash Advance Inquiries in the Last 7 Years: 0
Misc Financial Services in the Last 7 Years: 1
Rent-to-Own Inquiries in the Last 3 Months: 0
Rent-to-Own Inquiries in the Last 6 Months: 0
Rent-to-Own Inquiries in the Last 9 Months: 0
Rent-to-Own Inquiries in the Last 12 Months: 0
Rent-to-Own Inquiries in the Last 24 Months: 0
Rent-to-Own Inquiries in the Last 7 Years: 0
All Alternative Credit Inquiries in the Last 3 months: 0
All Alternative Credit Inquiries in the Last 6 Months: 0
All Alternative Credit Inquiries in the Last 24 Months: 2
All Alternative Credit Inquiries in the Last 7 Years: 2
Paid Auto Finance Charge-offs in the Last 24 Months: 0
Paid Payday Loan Charge-offs in the Last 24 Months: 0
Paid Rent-to-Own Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 3 Months: 0
All Paid Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 7 Years: 0
Open Auto Finance Charge-offs in the Last 24 Months: 0
Open Payday Loan Charge-offs in the Last 24 months: 0
Open Rent-to-Own Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 3 Months: 0
All Open Charge-offs in the Last 6 Months: 0
All Open Charge-offs in the Last 9 Months: 0
All Open Charge-offs in the Last 12 Months: 0
All Open Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 7 Years: 0

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

Summary of Rights

**GENERAL SUMMARY OF RIGHTS UNDER THE FCRA**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).
- The following FCRA right applies with respect to nationwide consumer reporting agencies:
- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |

02692090 9P0400-PKULNK00102692

EXHIBIT “**D**”

**PRESSLER, FELT & WARSHAW, LLP**
ATTORNEYS AT LAW
7 Entin Rd.
Parsippany, NJ 07054-5020
Office: (973) 753-5100
Toll Free: (888)312-8600
Fax: (973) 753-5353
Website: pfwattorneys.com

SHELDON H. PRESSLER (1955-2017)

GERARD J. FELT (NJ)
DAVID B. WARSHAW (NJ, NY, MA)

MICHAEL J. PETERS (NJ, NY)
CHRISTOPHER P. ODOGBILI (NJ, PA)
DARREN H. TANAKA (NJ, NY)
FRANCIS X. GRIMES (NJ, PA)
CRAIG S. STILLER (NJ, NY, PA)
IAN Z. WINOGRAD (NJ, NY, PA, DC)
DONALD V. VALENZANO JR. (NJ, NY)

THEOLOGIA PAPADELIAS (NJ)
GERARDINO DI POPOLO (NJ)
HOWARD SCHACHTER (NJ, NY)
RYAN R. TAPPAN (NY)
STEPHEN E. LUNDY (NJ)
MATTHEW J. MARTELLO (NJ, PA)
CHRISTOPHER B. CARFAGNO (PA)

RENUKA VIPAT (NY)
DANIEL J. SANTUCCI (NJ, PA)
ADAM J. DE STEFANO (NJ)
DAVID V. WEINER (NJ, NY)
ADAM C. VanBUSKIRK (NJ)
THOMAS J. NOLAN, JR. (PA)
THOMAS J. HORNBECK (NJ)

*NY Office:*
305 Broadway, Suite 505
New York, NY 10007

*PA Office:*
400 Horsham Rd. Suite 110
Horsham, PA 19044

Office Hours:
Monday-Friday: 8am-6pm
DCWP License Number: 2069242-DCA
[X] New Jersey Office [ ] New York Office [ ] Pennsylvania Office

SEPTEMBER 11, 2024

JOSHUA P WARD ESQUIRE
J.P. WARD & ASSOCIATES, LLC
201 S HIGHLAND AVE STE 201
PITTSBURGH, PA 15206

Re: LVNV FUNDING LLC vs CHRISTIE SUTLOVICH
Commonwealth of Pennsylvania
District Court # DIST-05-2-05 Docket No CV-161-2024
PFW File Number: S398402
Current Creditor: LVNV FUNDING LLC
Original Creditor: CREDIT ONE BANK, N.A.
Acct Number: 5466451129872108
Amount of Debt: $1,377.79

Dear JOSHUA P WARD Esq.:

Please be advised that this office represents LVNV FUNDING LLC, the current owner of CREDIT ONE BANK, N.A. account number 5466451129872108.

This letter is pursuant to a recent communication regarding the aforementioned account. This account belongs to CHRISTIE SUTLOVICH having the social security number ending with "-164."

Enclosed, please find copies of statements for your review.

If your client believes that this debt should be in an amount other than what is reflected in this letter, then please provide this office with documentation to support same.

Should you have any questions or wish to discuss this matter further, please feel free to contact this office at contact@pfwattorneys.com or 1-888-312-8600 Extension 5656.

Very truly yours,

PRESSLER, FELT & WARSHAW, LLP

*/s/ Ian Z. Winograd*
Ian Z. Winograd
IZW/GQ/Encl.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
August 18, 2020 to September 17, 2020

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $761.20 |
| Payments | - | $39.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $88.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$13.25** |
| New Balance | | $828.45 |
| Credit Limit | | $950.00 |
| Available Credit | | $121.00 |
| Statement Closing Date | | 09/17/20 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $828.45 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $42.00 |
| **Minimum Payment Due** | **$42.00** |
| **Payment Due Date** | **10/13/20** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,074.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 5548077L1PLKRBG9Z | 08/27 | 08/27 | AT&T*BILL PAYMENT 8003310500 TX | 88.00 |
| 8542422L800XTMJLP | 09/04 | 09/04 | INTERNET PAYMENT LAS VEGAS NV | -39.00 |
| | | | **Fees** | |
| F855600LM000CYLAC | 09/17 | 09/17 | ANNUAL FEE 10/20 THROUGH 10/20 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 09/17 | 09/17 | Interest Charge on Purchases | 13.25 |
| | 09/17 | 09/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **13.25** |

**2020 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2020 | $80.00 |
| Total interest charged in 2020 | $128.33 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $799.11 | $13.25 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5386 JBH 001 7 17 200917 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5386

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $828.45 |
| Minimum Payment Due: | $42.00 |
| Payment Due Date: | 10/13/20 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0003900 0082845 0004200 5466451129872108 2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
September 18, 2020 to October 17, 2020

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $828.45 |
| Payments | - | $84.00 |
| Other Credits | - | $0.88 |
| Purchases | + | $42.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$13.27** |
| New Balance | | $803.84 |
| Credit Limit | | $950.00 |
| Available Credit | | $146.00 |
| Statement Closing Date | | 10/17/20 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $803.84 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $41.00 |
| **Minimum Payment Due** | **$41.00** |
| **Payment Due Date** | **11/13/20** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,037.00 |

If you would like a location for credit counseling services, call 1-866-615-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 8542422M600XTMJLS | 10/03 | 10/03 | INTERNET PAYMENT LAS VEGAS NV | -42.00 |
| 8542422M600XTMJLS | 10/03 | 10/03 | INTERNET PAYMENT LAS VEGAS NV | -42.00 |
| F572700M7000P1 | 10/03 | 10/03 | ADJUSTMENT-PAYMENTS | 42.00 |
| F572700MB000FR | 10/09 | 10/09 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.88 |
| **Fees** | | | | |
| F855500MJ000CYLAC | 10/17 | 10/17 | ANNUAL FEE 11/20 THROUGH 11/20 | 5.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 5.00 |
| **Interest Charged** | | | | |
| | 10/17 | 10/17 | Interest Charge on Purchases | 13.27 |
| | 10/17 | 10/17 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 13.27 |

**2020 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2020 | $85.00 |
| Total interest charged in 2020 | $141.60 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $800.56 | $13.27 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 201016 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $803.84 |
| Minimum Payment Due: | $41.00 |
| Payment Due Date: | 11/13/20 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004200 0080384 0004100 5466451129872108 9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
October 18, 2020 to November 17, 2020

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $803.84 |
| Payments | - | $41.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$13.03** |
| New Balance | | $780.87 |
| Credit Limit | | $950.00 |
| Available Credit | | $169.00 |
| Statement Closing Date | | 11/17/20 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $780.87 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $40.00 |
| **Minimum Payment Due** | **$40.00** |
| **Payment Due Date** | **12/13/20** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,004.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 8542422NE00XTMJLW | 11/13 | 11/13 | INTERNET PAYMENT LAS VEGAS NV | -41.00 |
| | | | **Fees** | |
| F855500NJ000CYLAC | 11/17 | 11/17 | ANNUAL FEE 12/20 THROUGH 12/20 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 11/17 | 11/17 | Interest Charge on Purchases | 13.03 |
| | 11/17 | 11/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **13.03** |

**2020 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2020 | $90.00 |
| Total interest charged in 2020 | $154.63 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $786.09 | $13.03 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

6386 JBH 001 7 17 201117 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $780.87 |
| Minimum Payment Due: | $40.00 |
| Payment Due Date: | 12/13/20 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004100 0078087 0004000 5466451129872108 7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
November 18, 2020 to December 17, 2020

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $780.87 |
| Payments | - | $40.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$12.63** |
| New Balance | | $758.50 |
| Credit Limit | | $950.00 |
| Available Credit | | $191.00 |
| Statement Closing Date | | 12/17/20 |
| Days In Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $758.50 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $38.00 |
| **Minimum Payment Due** | **$38.00** |
| **Payment Due Date** | **01/13/21** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $970.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 8542422PA00XTMJLR | 12/11 | 12/11 | INTERNET PAYMENT LAS VEGAS NV | -40.00 |
| | | | **Fees** | |
| F855500PG000CYLAC | 12/17 | 12/17 | ANNUAL FEE 01/21 THROUGH 01/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 12/17 | 12/17 | Interest Charge on Purchases | 12.63 |
| | 12/17 | 12/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **12.63** |

**2020 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2020 | $95.00 |
| Total interest charged in 2020 | $167.26 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $761.54 | $12.63 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 201217 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

Credit One BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $758.50 |
| Minimum Payment Due: | $38.00 |
| Payment Due Date: | 01/13/21 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004000 0075850 0003800 5466451129872108 4

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
December 18, 2020 to January 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $758.50 |
| Payments | - | $38.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$12.24** |
| New Balance | | $737.74 |
| Credit Limit | | $950.00 |
| Available Credit | | $212.00 |
| Statement Closing Date | | 01/17/21 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $737.74 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $37.00 |
| **Minimum Payment Due** | **$37.00** |
| **Payment Due Date** | **02/13/21** |

**Late Payment Warning:**
**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.**

**Minimum Payment Warning:**
**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.**

**For example:**

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $939.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 85424220A00XTMJLV | 01/09 | 01/09 | INTERNET PAYMENT LAS VEGAS NV | -38.00 |
| | | | **Fees** | |
| F8555000H000CYLAC | 01/17 | 01/17 | ANNUAL FEE 02/21 THROUGH 02/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 01/17 | 01/17 | Interest Charge on Purchases | 12.24 |
| | 01/17 | 01/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **12.24** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $5.00 |
| Total interest charged in 2021 | $12.24 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $738.49 | $12.24 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210117 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $737.74 |
| Minimum Payment Due: | $37.00 |
| Payment Due Date: | 02/13/21 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ .

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

0003800 0073774 0003700 5466451129872108 8

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
January 18, 2021 to February 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $737.74 |
| Payments | - | $37.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $167.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$14.19** |
| New Balance | | $886.93 |
| Credit Limit | | $950.00 |
| Available Credit | | $63.00 |
| Statement Closing Date | | 02/17/21 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $886.93 |
| **Past Due Amount** | **$0.00** |
| Amount Due This Period | $45.00 |
| **Minimum Payment Due** | **$45.00** |
| **Payment Due Date** | **03/13/21** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,161.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 55429500PJJ4Z39E9 | 01/23 | 01/23 | SP * THESAK.COM 2123294500 NY | 167.00 |
| 85424221600XTMJLT | 02/06 | 02/06 | INTERNET PAYMENT LAS VEGAS NV | -37.00 |
| | | | **Fees** | |
| F8555001G000CYLAC | 02/17 | 02/17 | ANNUAL FEE 03/21 THROUGH 03/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 02/17 | 02/17 | Interest Charge on Purchases | 14.19 |
| | 02/17 | 02/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.19** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $10.00 |
| Total interest charged in 2021 | $26.43 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $855.97 | $14.19 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210217 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $886.93 |
| Minimum Payment Due: | $45.00 |
| Payment Due Date: | 03/13/21 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0003700 0088693 0004500 5466451129872108 9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
February 18, 2021 to March 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $886.93 |
| Payments | - | $45.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $60.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$14.85** |
| New Balance | | $921.78 |
| Credit Limit | | $950.00 |
| Available Credit | | $28.00 |
| Statement Closing Date | | 03/17/21 |
| Days in Billing Cycle | | 28 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $921.78 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $47.00 |
| **Minimum Payment Due** | **$47.00** |
| **Payment Due Date** | **04/13/21** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on the statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 3 years | $1,213.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 55480771XPLLQHER5 | 03/01 | 03/01 | AT&T*BILL PAYMENT 8003310500 TX | 60.00 |
| 85424222200XTMJLY | 03/06 | 03/06 | INTERNET PAYMENT LAS VEGAS NV | -45.00 |
| | | | **Fees** | |
| F8556002C000CYLAC | 03/17 | 03/17 | ANNUAL FEE 04/21 THROUGH 04/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 03/17 | 03/17 | Interest Charge on Purchases | 14.85 |
| | 03/17 | 03/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.85** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $15.00 |
| Total interest charged in 2021 | $41.28 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $895.94 | $14.85 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210317 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $921.78 |
| Minimum Payment Due: | $47.00 |
| Payment Due Date: | 04/13/21 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004500 0092178 0004700 5466451129872108 4

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
March 18, 2021 to April 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $921.78 |
| Payments | - | $47.00 |
| Other Credits | - | $0.60 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$14.77** |
| New Balance | | $893.95 |
| Credit Limit | | $950.00 |
| Available Credit | | $56.00 |
| Statement Closing Date | | 04/17/21 |
| Days In Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $893.95 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $45.00 |
| **Minimum Payment Due** | **$45.00** |
| **Payment Due Date** | **05/13/21** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,171.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F5727002P000FR | 03/28 | 03/28 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.60 |
| 85424222Y00XTMJLS | 04/03 | 04/03 | INTERNET PAYMENT LAS VEGAS NV | -47.00 |
| | | | **Fees** | |
| F8555003A000CYLAC | 04/17 | 04/17 | ANNUAL FEE 05/21 THROUGH 05/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 04/17 | 04/17 | Interest Charge on Purchases | 14.77 |
| | 04/17 | 04/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.77** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $20.00 |
| Total interest charged in 2021 | $56.05 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $891.08 | $14.77 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210416 0 PAGE 1 of 1 2 0 5556 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

CreditOne BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $893.95 |
| Minimum Payment Due: | $45.00 |
| Payment Due Date: | 05/13/21 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004700 0089395 0004500 5466451129872108 7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
April 18, 2021 to May 17, 2021

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $893.95 |
| Payments | - | $45.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$33.00** |
| **Interest Charged** | + | **$14.54** |
| New Balance | | $896.49 |
| Credit Limit | | $950.00 |
| Available Credit | | $53.00 |
| Statement Closing Date | | 05/17/21 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $896.49 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $73.00 |
| **Minimum Payment Due** | **$73.00** |
| **Payment Due Date** | **06/13/21** |

Late Payment Warning:
**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.**

Minimum Payment Warning:
**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.**

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,176.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 85424224800XTMJLS | 05/16 | 05/16 | INTERNET PAYMENT LAS VEGAS NV | -45.00 |
| | | | **Fees** | |
| F85550049000CYLAC | 05/17 | 05/17 | ANNUAL FEE 06/21 THROUGH 06/21 | 5.00 |
| | 05/17 | 05/17 | LATE FEE | 28.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **33.00** |
| | | | **Interest Charged** | |
| | 05/17 | 05/17 | Interest Charge on Purchases | 14.54 |
| | 05/17 | 05/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.54** |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $53.00 |
| Total interest charged in 2021 | $70.59 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $877.15 | $14.54 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210517 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $896.49 |
| Minimum Payment Due: | $73.00 |
| Payment Due Date: | 06/13/21 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004500 0089649 0004500 5466451129872108 5

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
May 18, 2021 to June 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $896.49 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $16.95 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$44.00** |
| **Interest Charged** | + | **$14.83** |
| New Balance | | $972.27 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 06/17/21 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $972.27 |
| Past Due Amount | $45.00 |
| Amount Due This Period | $88.00 |
| **Minimum Payment Due** | **$133.00** |
| **Payment Due Date** | **07/13/21** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,266.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 55432864J6SEWM3N4 | 05/26 | 05/26 | AMZN MKTP US*2R58R9EZ2 AMZN.COM/BILL WA | 16.95 |
| | | | **Fees** | |
| F85550058000CYLAC | 06/17 | 06/17 | ANNUAL FEE 07/21 THROUGH 07/21 | 5.00 |
| | 06/17 | 06/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 06/17 | 06/17 | Interest Charge on Purchases | 14.83 |
| | 06/17 | 06/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.83** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $97.00 |
| Total interest charged in 2021 | $85.42 |

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE APP, BY MAIL, OR CALL (888) 729-6274 SET UP ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR ON OUR MOBILE APP

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $894.52 | $14.83 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5355 JBH 001 7 17 210617 0 X PAGE 1 of 1 2 0 8555 4510 M233 O1GR5355

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $972.27 |
| Minimum Payment Due: | $133.00 |
| Payment Due Date: | 07/13/21 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0097227 0009400 5466451129872108 1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
June 18, 2021 to July 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $972.27 |
| Payments | - | $94.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | $5.00 |
| **Interest Charged** | + | $14.81 |
| New Balance | | $898.08 |
| Credit Limit | | $950.00 |
| Available Credit | | $51.00 |
| Statement Closing Date | | 07/17/21 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $898.08 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $45.00 |
| **Minimum Payment Due** | **$45.00** |
| **Payment Due Date** | **08/13/21** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,178.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 85424225J00XTMJLT | 06/25 | 06/25 | INTERNET PAYMENT LAS VEGAS NV | -94.00 |
| | | | **Fees** | |
| F86550065000CYLAC | 07/17 | 07/17 | ANNUAL FEE 08/21 THROUGH 08/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 07/17 | 07/17 | Interest Charge on Purchases | 14.81 |
| | 07/17 | 07/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.81** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $102.00 |
| Total interest charged in 2021 | $100.23 |

Annual Fee Notice. The Annual Fee for your Account of $60 will continue to be billed monthly at $5.00 for the coming year. See the **Annual Fee Notice** and other important information on the reverse.

**NOTICE OF CHANGE IN TERMS TO YOUR CARD AGREEMENT**
Under the heading **"Fees:"** the **"Transaction Fee for Balance Transfers"** paragraph (if it appears in your Card Agreement) is being removed. All other terms disclosed in your Card Agreement remain unchanged. Please keep a copy of this document with your Card Agreement for future reference.

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $893.35 | $14.81 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210716 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

CreditOne BANK

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $898.08 |
| Minimum Payment Due: | $45.00 |
| Payment Due Date: | 08/13/21 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0009400 0089808 0004500 5466451129872108 0

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
July 18, 2021 to August 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $898.08 |
| Payments | - | $45.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $29.95 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $5.00 |
| Interest Charged | + | $14.65 |
| New Balance | | $902.68 |
| Credit Limit | | $950.00 |
| Available Credit | | $47.00 |
| Statement Closing Date | | 08/17/21 |
| Days In Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $902.68 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $46.00 |
| **Minimum Payment Due** | **$46.00** |
| **Payment Due Date** | **09/13/21** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,184.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 55446416D2MJWJNQG | 07/23 | 07/23 | PTC EZPASS CSC WEB IVR 8777366727 PA | 3.90 |
| 55446416D2MJWJN95 | 07/23 | 07/23 | PTC EZPASS CSC WEB IVR 8777366727 PA | 6.80 |
| 85424226S00XTMJLV | 08/06 | 08/06 | INTERNET PAYMENT LAS VEGAS NV | -45.00 |
| 7541823713P5A5R3W | 08/13 | 08/13 | NETFLIX.COM NETFLIX.COM CA | 19.25 |
| | | | **Fees** | |
| F85550075000CYLAC | 08/17 | 08/17 | ANNUAL FEE 09/21 THROUGH 08/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 08/17 | 08/17 | Interest Charge on Purchases | 14.65 |
| | 08/17 | 08/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.65** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $107.00 |
| Total interest charged in 2021 | $114.88 |

**NOTICE OF CHANGE IN TERMS TO YOUR CARD AGREEMENT**
Under the heading **"Fees:"** the **"Transaction Fee for Balance Transfers"** paragraph (if it appears in your Card Agreement) is being removed. All other terms disclosed in your Card Agreement remain unchanged. Please keep a copy of this document with your Card Agreement for future reference.

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $883.64 | $14.65 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210817 0 PAGE 1 of 1 20 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

CreditOne BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $902.68 |
| Minimum Payment Due: | $46.00 |
| Payment Due Date: | 09/13/21 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004500 0090268 0004600 5466451129872108 1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
August 18, 2021 to September 17, 2021

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $902.68 |
| Payments | - | $0.00 |
| Other Credits | - | $0.19 |
| Purchases | + | $45.53 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$44.00** |
| **Interest Charged** | + | **$15.17** |
| New Balance | | $1,007.19 |
| Credit Limit | | $960.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 09/17/21 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,007.19 |
| Past Due Amount | $46.00 |
| Amount Due This Period | $90.00 |
| **Minimum Payment Due** | **$136.00** |
| **Payment Due Date** | **10/13/21** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,318.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 05436847ABLK7TLET | 08/21 | 08/21 | WM SUPERCENTER #3838 TARENTUM PA | 26.28 |
| F5727007F000FR | 08/27 | 08/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.19 |
| 7541823803T5A61FX | 09/13 | 09/13 | NETFLIX.COM NETFLIX.COM CA | 19.25 |
| | | | **Fees** | |
| F85550084000CYLAC | 09/17 | 09/17 | ANNUAL FEE 10/21 THROUGH 10/21 | 5.00 |
| | 09/17 | 09/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 09/17 | 09/17 | Interest Charge on Purchases | 15.17 |
| | 09/17 | 09/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.17** |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $151.00 |
| Total interest charged in 2021 | $130.05 |

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE APP, BY MAIL, OR CALL (888) 729-6274 SET UP ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR ON OUR MOBILE APP

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $914.87 | $15.17 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 210917 0 X PAGE 1 of 1 2 0 5555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $1,007.19 |
| Minimum Payment Due: | $136.00 |
| Payment Due Date: | 10/13/21 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0100719 0009700 5466451129872108 1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
September 18, 2021 to October 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $1,007.19 |
| Payments | - | $97.00 |
| Other Credits | - | $0.19 |
| Purchases | + | $19.25 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | $5.00 |
| **Interest Charged** | + | $15.63 |
| New Balance | | $949.88 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 10/17/21 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $949.88 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $48.00 |
| **Minimum Payment Due** | **$48.00** |
| **Payment Due Date** | **11/13/21** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,255.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F5727008E000FR | 09/27 | 09/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.19 |
| 85424228J00XTMJLW | 10/01 | 10/01 | INTERNET PAYMENT LAS VEGAS NV | -97.00 |
| 75418238Y3V2D4N5T | 10/13 | 10/13 | NETFLIX.COM NETFLIX.COM CA | 19.25 |
| | | | **Fees** | |
| F85550092000CYLAC | 10/17 | 10/17 | ANNUAL FEE 11/21 THROUGH 11/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 10/17 | 10/17 | Interest Charge on Purchases | 15.63 |
| | 10/17 | 10/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.63** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $156.00 |
| Total interest charged in 2021 | $145.68 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
|---|---|---|---|
| Purchases | 19.90%(v) | $942.47 | $15.63 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 211017 0 PAGE 1 of 1 2 0 8555 4510 M233 C1GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

Credit One BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $949.88 |
| Minimum Payment Due: | $48.00 |
| Payment Due Date: | 11/13/21 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ ,

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0009700 0094988 0004800 5466451129872108 9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
October 18, 2021 to November 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $949.88 |
| Payments | - | $50.00 |
| Other Credits | - | $0.19 |
| Purchases | + | $19.25 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$15.40** |
| New Balance | | $939.34 |
| Credit Limit | | $950.00 |
| Available Credit | | $10.00 |
| Statement Closing Date | | 11/17/21 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $939.34 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $47.00 |
| **Minimum Payment Due** | **$47.00** |
| **Payment Due Date** | **12/13/21** |

**Late Payment Warning:**
**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.**

**Minimum Payment Warning:**
**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.**

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,240.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F5727009C000FR | 10/27 | 10/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.19 |
| 85424229W00XTMJJ9 | 11/12 | 11/12 | PAYMENT - THANK YOU LAS VEGAS NV | -50.00 |
| 75418238X3X037RZB | 11/13 | 11/13 | NETFLIX.COM NETFLIX.COM CA | 19.25 |
| | | | **Fees** | |
| F5727009W000Y1000 | 11/12 | 11/12 | EXPRESS PAYMENT FEE LAS VEGAS NV | 7.95 |
| F5727009W000YD000 | 11/12 | 11/12 | EXPRESS PYMT FEE CREDIT LAS VEGAS CREDIT | -7.95 |
| F865500A1000CYLAC | 11/17 | 11/17 | ANNUAL FEE 12/21 THROUGH 12/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 11/17 | 11/17 | Interest Charge on Purchases | 15.40 |
| | 11/17 | 11/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.40** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $161.00 |
| Total interest charged in 2021 | $161.08 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $929.12 | $15.40 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 211117 0 PAGE 1 of 1 2 0 6555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $939.34 |
| Minimum Payment Due: | $47.00 |
| Payment Due Date: | 12/13/21 |

AMOUNT ENCLOSED: $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0005000 0093934 0004700 5466451129872108 7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
November 18, 2021 to December 17, 2021

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $939.34 |
| Payments | - | $47.00 |
| Other Credits | - | $0.19 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$5.00** |
| **Interest Charged** | **+** | **$15.20** |
| New Balance | | $912.35 |
| Credit Limit | | $950.00 |
| Available Credit | | $37.00 |
| Statement Closing Date | | 12/17/21 |
| Days In Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $912.35 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $46.00 |
| **Minimum Payment Due** | **$46.00** |
| **Payment Due Date** | **01/13/22** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,198.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F672700AC000FR | 11/28 | 11/28 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.19 |
| 8542422AS00XTMJLN | 12/11 | 12/11 | INTERNET PAYMENT LAS VEGAS NV | -47.00 |
| | | | **Fees** | |
| F855500AZ000CYLAC | 12/17 | 12/17 | ANNUAL FEE 01/22 THROUGH 01/22 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 12/17 | 12/17 | Interest Charge on Purchases | 15.20 |
| | 12/17 | 12/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.20** |

**2021 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2021 | $166.00 |
| Total interest charged in 2021 | $176.28 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $916.51 | $15.20 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 211217 0 PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $912.35 |
| Minimum Payment Due: | $46.00 |
| Payment Due Date: | 01/13/22 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004700 0091235 0004600 5466451129872108 5

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
December 18, 2021 to January 17, 2022

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $912.35 |
| Payments | - | $46.00 |
| Other Credits | - | $9.28 |
| Purchases | + | $46.62 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$5.00** |
| **Interest Charged** | + | **$15.33** |
| New Balance | | $924.02 |
| Credit Limit | | $950.00 |
| Available Credit | | $25.00 |
| Statement Closing Date | | 01/17/22 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $924.02 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $47.00 |
| **Minimum Payment Due** | **$47.00** |
| **Payment Due Date** | **02/13/22** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on the statement in about | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,216.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 0541019B3EFTJRE73 | 12/20 | 12/20 | SHEETZ 0099 00000992 NEW KENSIN CREDIT | -9.00 |
| 0541019B3EFTJR7BR | 12/20 | 12/20 | SHEETZ 0099 00000992 NEW KENSINGTO PA | 35.00 |
| 0541019B4EFTL3J3Y | 12/21 | 12/21 | SHEETZ 0114 00001149 KITTANNING PA | 2.00 |
| F572700B9000FR | 12/27 | 12/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.28 |
| 8542422QX00XTMJLN | 01/12 | 01/12 | INTERNET PAYMENT LAS VEGAS NV | -46.00 |
| 8230509D0000DA4E2 | 01/16 | 01/16 | AMC+ MONTHLY NEW YORK CITY NY | 9.62 |
| | | | **Fees** | |
| F865500D1000CYLAC | 01/17 | 01/17 | ANNUAL FEE 02/22 THROUGH 02/22 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **5.00** |
| | | | **Interest Charged** | |
| | 01/17 | 01/17 | Interest Charge on Purchases | 15.33 |
| | 01/17 | 01/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.33** |

**2022 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2022 | $5.00 |
| Total interest charged in 2022 | $15.33 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $924.55 | $15.33 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 220117 0 PAGE 1 of 1 20 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $924.02 |
| Minimum Payment Due: | $47.00 |
| Payment Due Date: | 02/13/22 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0004600 0092402 0004700 5466451129872108 0

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
January 18, 2022 to February 17, 2022

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $924.02 |
| Payments | - | $0.00 |
| Other Credits | - | $0.10 |
| Purchases | + | $19.25 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$44.00** |
| **Interest Charged** | **+** | **$15.12** |
| New Balance | | $1,002.29 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 02/17/22 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,002.29 |
| Past Due Amount | $47.00 |
| Amount Due This Period | $90.00 |
| **Minimum Payment Due** | **$137.00** |
| **Payment Due Date** | **03/13/22** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,309.00 |

If you would like a location for credit counseling services, call 1-866-815-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F572700DB000FR | 01/27 | 01/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.10 |
| 7541823DW42XYV3A2 | 02/13 | 02/13 | NETFLIX.COM NETFLIX.COM CA | 19.25 |
| | | | **Fees** | |
| F865500E0000CYLAC | 02/17 | 02/17 | ANNUAL FEE 03/22 THROUGH 03/22 | 5.00 |
| | 02/17 | 02/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 02/17 | 02/17 | Interest Charge on Purchases | 15.12 |
| | 02/17 | 02/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.12** |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $49.00 |
| Total interest charged in 2022 | $30.45 |

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE APP, BY MAIL, OR CALL (888) 729-6274 SET UP ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR ON OUR MOBILE APP

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 19.90%(v) | $911.79 | $15.12 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 220217 0 XPAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

CreditOne BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| **Account Number:** | 5466 4511 2987 2108 |
| **New Balance:** | $1,002.29 |
| Minimum Payment Due: | $137.00 |
| Payment Due Date: | 03/13/22 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0100229 0009800 5466451129872108 2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
February 18, 2022 to March 17, 2022

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $1,002.29 |
| Payments | - | $0.00 |
| Other Credits | - | $0.19 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$44.00** |
| **Interest Charged** | + | **$16.11** |
| New Balance | | $1,062.21 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 03/17/22 |
| Days in Billing Cycle | | 28 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $1,062.21 |
| Past Due Amount | $98.00 |
| Amount Due This Period | $93.00 |
| **Minimum Payment Due** | **$191.00** |
| **Payment Due Date** | **04/13/22** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,374.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F672700EA000FR | 02/27 | 02/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -0.19 |
| | | | **Fees** | |
| F855500EW000CYLAC | 03/17 | 03/17 | ANNUAL FEE 04/22 THROUGH 04/22 | 5.00 |
| | 03/17 | 03/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 03/17 | 03/17 | Interest Charge on Purchases | 16.11 |
| | 03/17 | 03/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **16.11** |

**2022 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2022 | $83.00 |
| Total interest charged in 2022 | $46.56 |

YOUR ACCOUNT IS SUSPENDED AND PAST DUE BUT THERE IS STILL TIME TO GET CAUGHT UP. PLEASE MAKE A PAYMENT ONLINE, WITH THE MOBILE APP, BY MAIL, OR CALL US AT (888) 729-6274 TO DISCUSS YOUR OPTIONS.

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
|---|---|---|---|
| Purchases | 19.90%(v) | $971.94 | $16.11 |
| Cash Advances | 19.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5386 JBH 001 7 17 220317 0 X PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $1,062.21 |
| Minimum Payment Due: | $191.00 |
| Payment Due Date: | 04/13/22 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0106221 0015200 5466451129872108 2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
March 18, 2022 to April 17, 2022

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,062.21 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$44.00** |
| **Interest Charged** | + | **$17.06** |
| New Balance | | $1,123.27 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 04/17/22 |
| Days In Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,123.27 |
| Past Due Amount | $152.00 |
| Amount Due This Period | $96.00 |
| **Minimum Payment Due** | **$248.00** |
| **Payment Due Date** | **05/13/22** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,444.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| F855500FV000CYLAC | 04/17 | 04/17 | ANNUAL FEE 05/22 THROUGH 05/22 | 5.00 |
| | 04/17 | 04/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 04/17 | 04/17 | Interest Charge on Purchases | 17.06 |
| | 04/17 | 04/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **17.06** |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $137.00 |
| Total interest charged in 2022 | $63.62 |

YOUR ACCOUNT IS PAST DUE AND HAS BEEN SUSPENDED
BUT WE WANT TO HELP. GIVE US A CALL TO DISCUSS
YOUR PAYMENT OPTIONS AT (888) 729-6274 OR MAKE
YOUR MINIMUM PAYMENT ONLINE, ON THE MOBILE APP,
OR BY MAIL.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
|---|---|---|---|
| Purchases | 20.15%(v) | $1,015.94 | $17.06 |
| Cash Advances | 20.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 220417 0 X PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $1,123.27 |
| Minimum Payment Due: | $248.00 |
| Payment Due Date: | 05/13/22 |

AMOUNT ENCLOSED: $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0112327 0020900 5466451129872108 1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
April 18, 2022 to May 17, 2022

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,123.27 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$44.00** |
| **Interest Charged** | + | **$17.80** |
| New Balance | | $1,185.07 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 05/17/22 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,185.07 |
| Past Due Amount | $209.00 |
| Amount Due This Period | $99.00 |
| **Minimum Payment Due** | **$308.00** |
| **Payment Due Date** | **06/13/22** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,508.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| F855500GT000CYLAC | 05/17 | 05/17 | ANNUAL FEE 06/22 THROUGH 06/22 | 5.00 |
| | 05/17 | 05/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 05/17 | 05/17 | Interest Charge on Purchases | 17.80 |
| | 05/17 | 05/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **17.80** |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $181.00 |
| Total interest charged in 2022 | $81.42 |

YOUR CREDIT CARD ACCOUNT HAS BEEN CLOSED BECAUSE IT IS PAST DUE. IF YOU HAVE ANY QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CONTACT US AT 1-888-729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 20.15%(v) | $1,059.94 | $17.80 |
| Cash Advances | 20.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 220517 0 C X PAGE 1 of 1 2 0 8556 4510 M233 O1GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $1,185.07 |
| Minimum Payment Due: | $308.00 |
| Payment Due Date: | 06/13/22 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0118507 0026900 5466451129872108 4

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
May 18, 2022 to June 17, 2022

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $1,185.07 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$44.00** |
| **Interest Charged** | + | **$19.00** |
| New Balance | | $1,248.07 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 06/17/22 |
| Days In Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $1,248.07 |
| Past Due Amount | $269.00 |
| Amount Due This Period | $102.00 |
| **Minimum Payment Due** | **$371.00** |
| **Payment Due Date** | **07/13/22** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,586.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| F855500HR000CYLAC | 06/17 | 06/17 | ANNUAL FEE 07/22 THROUGH 07/22 | 5.00 |
| | 06/17 | 06/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 06/17 | 06/17 | Interest Charge on Purchases | 19.00 |
| | 06/17 | 06/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **19.00** |

**2022 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2022 | $225.00 |
| Total interest charged in 2022 | $100.42 |

WE MAY HAVE A BALANCE REDUCTION OFFER AVAILABLE FOR YOU. PLEASE CONTACT US SO WE CAN ASSIST YOU WITH PAYING OFF THIS DEBT. CALL US AT (888) 729-6274 TO DISCUSS YOUR OPTIONS.

Your account is currently closed.

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
|---|---|---|---|
| Purchases | 20.65%(v) | $1,103.94 | $19.00 |
| Cash Advances | 20.65%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 220617 0 CX PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

Credit One BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $1,248.07 |
| Minimum Payment Due: | $371.00 |
| Payment Due Date: | 07/13/22 |

**AMOUNT ENCLOSED:** $ .

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

0000000 0124807 0033200 5466451129872108 5

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
June 18, 2022 to July 17, 2022

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $1,248.07 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $44.00 |
| Interest Charged | + | $20.47 |
| New Balance | | $1,312.54 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 07/17/22 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $1,312.54 |
| Past Due Amount | $332.00 |
| Amount Due This Period | $105.00 |
| **Minimum Payment Due** | **$437.00** |
| **Payment Due Date** | **08/13/22** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,668.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| F855500JN000CYLAC | 07/17 | 07/17 | ANNUAL FEE 08/22 THROUGH 08/22 | 5.00 |
| | 07/17 | 07/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 07/17 | 07/17 | Interest Charge on Purchases | 20.47 |
| | 07/17 | 07/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **20.47** |

**2022 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2022 | $269.00 |
| Total interest charged in 2022 | $120.89 |

THIS IS OUR LAST CHANCE TO HELP RESOLVE YOUR DEBT AS YOUR ACCOUNT IS SCHEDULED TO BE CHARGED-OFF. YOU MAY BE ELIGIBLE TO PAY LESS THAN THE FULL BALANCE. CALL US AT (888) 729-6274 TODAY FOR OPTIONS.

Your account is currently closed.

Annual Fee Notice. The Annual Fee for your Account of $60 will continue to be billed monthly at $5.00 for the coming year. See the **Annual Fee Notice** and other important information on the reverse.

**NOTICE OF CHANGE IN TERMS TO YOUR CARD AGREEMENT**
The Balance Transfer provisions in your Card Agreement are now in effect. All other terms disclosed in your Card Agreement remain unchanged. Please keep a copy of this document with your Card Agreement for future reference.

5385 JBH 001 7 17 220717 0 C X PAGE 1 of 2 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

CreditOne BANK

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $1,312.54 |
| Minimum Payment Due: | $437.00 |
| Payment Due Date: | 08/13/22 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0131254 0039800 5466451129872108 9

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 21.40%(v) | $1,147.94 | $20.47 |
| Cash Advances | 21.40%(v) | $0.00 | $0.00 |

(v) = Variable Rate

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 5466 4511 2987 2108
July 18, 2022 to August 17, 2022

**SUMMARY OF ACCOUNT ACTIVITY**

| | | |
|---|---|---|
| Previous Balance | | $1,312.54 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$44.00** |
| **Interest Charged** | + | **$21.25** |
| New Balance | | $1,377.79 |
| Credit Limit | | $950.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 08/17/22 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $1,377.79 |
| Past Due Amount | $398.00 |
| Amount Due This Period | $1,018.79 |
| **Minimum Payment Due** | **$1,377.79** |
| **Payment Due Date** | **09/13/22** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 months | $1,378.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

**TRANSACTIONS**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| F855500KM000CYLAC | 08/17 | 08/17 | ANNUAL FEE 09/22 THROUGH 09/22 | 5.00 |
| | 08/17 | 08/17 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **44.00** |
| | | | **Interest Charged** | |
| | 08/17 | 08/17 | Interest Charge on Purchases | 21.25 |
| | 08/17 | 08/17 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **21.25** |

**2022 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2022 | $313.00 |
| Total interest charged in 2022 | $142.14 |

Your account is currently closed.

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 21.40%(v) | $1,191.94 | $21.25 |
| Cash Advances | 21.40%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385 JBH 001 7 17 220817 0 C X PAGE 1 of 1 2 0 8555 4510 M233 01GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

CreditOne BANK | P.O. BOX 98873 LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 5466 4511 2987 2108 |
| New Balance: | $1,377.79 |
| Minimum Payment Due: | $1,377.79 |
| Payment Due Date: | 09/13/22 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

CHRISTIE SUTLOVICH
81 SPRUCE ST
NATRONA HTS PA 15065-2643

0000000 0137779 0137779 5466451129872108 9