**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIE SUTLOVICH,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO. 2:24-cv-01739-WSS** |
| **LVNV FUNDING, LLC., and PRESSLER, FELT & WARSHAW, LLP.,** ***jointly and severally*****,** | : | |
| **Defendants.** | : | |

**DEFENDANT LVNV FUNDING, LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant LVNV Funding, LLC respectfully moves the Court to enter summary judgment in its favor and against Plaintiff Christie Sutlovich for the reasons more fully set forth in the accompanying Brief.

WHEREFORE, Defendant LVNV Funding, LLC respectfully requests that this Honorable Court enter summary judgment in its favor and against Plaintiff.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☏ (904) 892-6369
🖷 (904) 298-8350 (fax)
🖂 lburnette@messerstrickler.com

ANDREW M. SCHWARTZ, ESQUIRE
PA Bar No. 79427
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☏ (320) 434-9664
🖷 (312) 334-3474 (fax)

🖂 aschwartz@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: January 16, 2026

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*

LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☏ (904) 892-6369
🖷 (904) 298-8350 (fax)
🖂 lburnette@messerstrickler.com

ANDREW M. SCHWARTZ, ESQUIRE
PA Bar No. 79427
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☏ (320) 434-9664
🖷 (312) 334-3474 (fax)
🖂 aschwartz@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: January 16, 2026